IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVA WILLIAMS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 1:06-CV-387-CSC |
| GREATER GEORGIA LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| DEFENDANT. ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Comes now defendant, Greater Georgia Life Insurance Company, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and states that Cerulean Companies, Inc. is its parent company and ultimately it is owned by WellPoint, Inc., which is a publicly traded corporation.

        s/ Michael L. Lucas_____
        Michael L. Lucas (LUC004)

        Attorney for Defendant Greater
        Georgia Life Insurance Company

**OF COUNSEL:**
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1468013

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Samuel L. Adams
P.O. Box 1690
153 South Oates Street
Dothan, Alabama  36302

                                              s/ Michael L. Lucas_____
                                              OF COUNSEL