IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 JUN 22  A 10: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| EVA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv387-CSC |
| | ) | |
| GREATER GEORGIA LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____6/20/06_____          _____/s/ Michael J. Lucas_____
Date                                            Signature


Greater Georgia Life Insurance Company
Counsel For (**print** name of all parties)


420 North 20th Street, 3100 Wachovia Tower
Birmingham, Alabama 35203
Address, City, State Zip Code


(205) 458-5204
Telephone Number


3