IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EVA WILLIAMS,<br>    PLAINTIFF, | *<br>*<br>* | |
| v. | *<br>* | CASE NO: 1:06-CV-387-CSC |
| GREATER GEORGIA LIFE,<br>INSURANCE COMPANY,<br>    DEFENDANT. | *<br>*<br>*<br>* | |

**PLAINTIFF'S INITIAL DISCLOSURES**

**COMES NOW**, Plaintiff, Eva Williams, by and through her undersigned attorney, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedures, and serves its initial disclosures as follows:

    A.    The names, addresses and telephone numbers of individuals likely to have discoverable information that the Plaintiff, Eva Williams, may use to support her claims.

    1. Dr. James P. Dehaven, M.D.
       1500 Ross Clark Circle
       Dothan, Alabama 36301
       (334) 793-2663
    2. Dr. Richard L. Bendinger, M.D.
       217 Dothan Road
       Abbeville, Alabama 36310
       (334) 585-6101

Respectfully submitted this 18th day of August, 2006.

    /s/Samuel L. Adams
    Samuel L. Adams (ADA017)
    Attorney for Plaintiff
    P.O. Box 1690
    Dothan, AL 36302
    334-792-0965

## CERTIFICATE OF SERVICE

      I certify that I have served a copy of the foregoing to the below listed, by placing a copy of the same in the United States mail, correctly addressed and first-class postage prepaid on this 18th day of August, 2006.

BURR & FORMAN LLP  
3100 Wachovia Tower  
420 North 20th Street  
Birmingham, Alabama  35203

                                     /s/Samuel L. Adams  
                                     Samuel L. Adams