IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVA WILLIAMS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 1:06-CV-387-CSC |
| GREATER GEORGIA LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| DEFENDANT. ) | |

## DEFENDANT GREATER GEORGIA LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** defendant Greater Georgia Life Insurance Company ("GGL") and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves the Court to enter summary judgment in its favor on the basis that there are no genuine issues of material fact and GGL is entitled to judgment as a matter of law. GGL's motion for summary judgment is based upon applicable law, all pleadings and other papers on file, all evidence set forth in GGL's Evidentiary Submission in Support of Summary Judgment filed contemporaneously herewith, GGL's statement of undisputed facts, and GGL's brief in support of summary judgment. In further support of this Motion, GGL states as follows:

1518218

1.      On May 5, 2006, plaintiff filed her Complaint in this action in which she asserts that GGL improperly denied her claim for Short Term Disability ("STD") benefits in violation of ERISA.

2.      The undisputed evidence proves that GGL's decision to deny plaintiff's claim for STD benefits based on the information it had at the time it made the decision did not violate ERISA, and that summary judgment in its favor is therefore due to be granted.

**WHEREFORE**, Greater Georgia Life Insurance Company requests that the Court grant summary judgment in its favor, dismiss plaintiff's Complaint, and tax costs to plaintiff.

s/ Michael L. Lucas_____
Michael L. Lucas (LUC004)
Graham W. Gerhardt (GER014)
Attorneys for Defendant Greater
Georgia Life Insurance Company

**OF COUNSEL:**
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I electronically filed the foregoing with the Clerk of the Court Defendant's Motion for Summary Judgment using the CM/ECF system which will send notification of such filing to the following:

Samuel L. Adams
P.O. Box 1690
153 South Oates Street
Dothan, Alabama  36302

                                            s/ Michael L. Lucas_____
                                            OF COUNSEL