IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVA WILLIAMS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 1:06-CV-387-CSC |
| GREATER GEORGIA LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| DEFENDANT. ) | |

**DEFENDANT GREATER GEORGIA LIFE
INSURANCE COMPANY'S EVIDENTIARY SUBMISSION
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant, Greater Georgia Life Insurance Company ("GGL") and submits the attached evidence in support of its motion for summary judgment, filed contemporaneously herewith.

| | |
|---|---|
| Exhibit 1 | Declaration of Kristie Woods |
| Exhibit 2 | West Point Homes, Inc.'s Short Term Disability Plan |
| Exhibit 3 | The Group Insurance Policy |
| Exhibit 4 | West Point Employment Record |
| Exhibit 5 | 12/14/04 Operative Report |
| Exhibit 6 | Southern Bone & Joint Specialists, P.C. Excuses dated 12/30/04, 03/17/05, 05/03/05 & 07/25/05 |
| Exhibit 7 | Dr. Dehaven Medical Records dated 01/11/05 & 02/03/05 |
| Exhibit 8 | Dr. Dehaven Medical Record dated 03/17/05 |

1520687

Exhibit 9      Leave of Absence Report

Exhibit 10    11/29/05 Letter from Greater Georgia Life to Eva Williams

Exhibit 11    08/05/05 Letter from Greater Georgia Life to Eva Williams

Exhibit 12    10/28/05 Letter from Greater Georgia Life to Eva Williams

Exhibit 13    Dr. Dehaven Medical Records dated 08/09/05 & 09/21/05

Exhibit 14    Dr. Dehaven Medical Record dated 12/09/05

Exhibit 15    04/04/06 Letter from Greater Georgia Life to Eva Williams

           s/ Michael L. Lucas
           Michael L. Lucas (LUC004)
           Graham W. Gerhardt (GER014)
           Attorneys for Defendant Greater
           Georgia Life Insurance Company

**OF COUNSEL:**
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2006, I electronically filed the foregoing with the Clerk of the Court the Evidentiary Submission in Support of Motion for Summary Judgment using the CM/ECF system which will send notification of such filing to the following:

>Samuel L. Adams
>P.O. Box 1690
>153 South Oates Street
>Dothan, Alabama  36302

>>s/ Michael L. Lucas
>>OF COUNSEL