# DEFENDANT GGL

# EXHIBIT 4

# WestPoint Pepperell

## EMPLOYMENT RECORD

**NAME:** Eva W. Williams

**ADDRESS:** ███████, Alabama 36310

**SOCIAL SECURITY NO.:** ███████

**EMPLOYEE NO.:** 47719

**DATE OF BIRTH:** ███████

**SEX:** F

**MARITAL STATUS:** Single

| DATE ON JOB | PLANT ABBR. | DEPARTMENT | | OCCUPATION | DATE SEPARATED | REASON FOR LEAVING |
|---|---|---|---|---|---|---|
| 10-17-91 | Abb | 55 | 3rd | Fold Flat Sheets | | |
| 2-16-91 | Abb | 52 | 3rd | Fold Flat Sheets | | |
| 1-14-94 | Abb | 52 | 3rd | Doff Flats Auto | | |
| 2-19-96 | Abb | 52 | 3rd | Fold Flat Repairs | | |
| 5-18-99 | Abb | 67 | 1st | QC Systems Auditor (Temp) | | |
| 7-12-99 | Abb | 65 | 3rd | Set Order Puller | | |
| 10-4-99 | Abb | 52 | 3rd | Hem Flats Auto | | |

NTINUOUS SERVICE DATE

WestPoint 00151
Eva Williams v. Grt Ga Life