# DEFENDANT GGL
# EXHIBIT 6

## SOUTHERN BONE & JOINT SPECIALISTS, P.C.

To:  Whom it may concern: Renee Daniels      Date: 12/30/04
Name: Eva Williams · 199980

This is to certify that this patient

( ) Was treated in my office today.

(X) Will be unable to work for the period _for 3 months from time of surgery 12-14-04_

( ) May return to work on _____

( ) Should not participate in physical education for the period _____

( ) Other:

## SOUTHERN BONE & JOINT SPECIALISTS

To:  Whom it may concern   #199980       Date: 17 May 05
Name: Eva Williams

This is to certify that this patient

(X) Was treated in my office today.

(X) Will be unable to work for the period _for two more months_

( ) May return to work on _____

( ) Should not participate in physical education for the period _____

( ) Other:

WestPoint 00014
Eva Williams v. Grt Ga Life

Southeastern Printers 334-792-2928 - 3/95

*Update*

## SOUTHERN BONE & JOINT SPECIALISTS, P.C.

To:  Whom it may concern                              Date: 5/3/05
Name: Eva W. Williams · 199980

This is to certify that this patient

( )  Was treated in my office today.
(X)  Will be unable to work for the period _for 6 weeks_
( )  May return to work on _June 13, 2005 - No restrictions_
( )  Should not participate in physical education for the period _____
( )  Other:

3/95

---

## SOUTHERN BONE & JOINT SPECIALISTS

To:  Whom it may concern                              Date: 7/25/05
Name: Eva Williams. 199980

This is to certify that this patient

( )  Was treated in my office today.
( )  Will be unable to work for the period _until seen for follow up in December 2005_
( )  May return to work on _____
( )  Should not participate in physical education for the period _____
( )  Other:

Southeastern Printers 334-792-2928 - 3/95

WestPoint 00013
Eva Williams v. Grt Ga Life