DEFENDANT GGL

EXHIBIT 7

NAME_____

ACCT. NO._____

**SOUTHERN BONE & JOINT SPECIALISTS**
ORTHOPAEDICS
1500 Ross Clark Circle / 4300 West Main Street, Suite 14
Dothan, Alabama

404 North Main
Enterprise, Alabama 36330

1/11/05 D/C COUMADIN ———————— JPD/JB
1/13/05 JP Left message von Jennifer Price mail , what
Pt Doesn't need Any PT ——— D callin
(Horizon 414)

Patient: 199980 EVA W WILLIAMS                    Age: ●
Date   : 01/11/2005             JAMES P DEHAVEN, MD
_____
Ms. Williams is a follow up for total hip arthroplasty and she is
doing very well. The wound looks excellent. X-rays look perfect. At
this point we will stop the Coumadin. She is on a cane. She can
start driving. I will see her in the clinic in six weeks. JPD/ca

1/21/05 (JPD) Ms. Williams called requesting a note
faxed to 677-8809 stating the date of her
surgery so she could get her month back for
her weight program. Approved per JPD. Note faxed.

1-27-05 See med tab.

2/10/05 JPD > See Med. tab.

Patient: 199980 EVA W WILLIAMS                    Age: ●
Date   : 02/03/2005             JAMES P DEHAVEN, MD
_____
Ms. Williams' hip is doing very well. She has minimal antalgic gait
and she is only less than two months from surgery so I think she is
really doing very well. More than anything reassurance that she will
get completely better. I will see her in the clinic in six weeks
unless problems arise. JPD/ca

3-8-05 See Med tab ———

Dr. DeHaven 00019
Eva Williams v. Greater Ga.