# DEFENDANT GGL
# EXHIBIT 8

NAME _Eva Williams_

ACCT. NO._____

**SOUTHERN BONE & JOINT SPECIALISTS**
ORTHOPAEDICS
1500 Ross Clark Circle / 4300 West Main Street, Suite 14
Dothan, Alabama

404 North Main
Enterprise, Alabama 36330

Patient: 199980 EVA W WILLIAMS           Age:
Date   : 03/17/2005                      JAMES P DEHAVEN, MD

Mrs. Williams is actually doing very well. There is still a little bit of an antalgic gait but not bad. I think that it would be just a matter of time for her to get better.

She wants to stay out another couple of months because that is the length of her disability program and I don't have any problem with that.

I don't officially need to see her until she is a year post-operative for X-Rays. If there is a problem in the meantime she will let us know. JPD/srh

Patient: 199980 EVA W WILLIAMS           Age:
Date   : 04/21/2005                      JAMES P DEHAVEN, MD

Mrs. Williams was having a lot of back pain a couple of weeks ago, and it has generally settled down. It is certainly improving. At this point we do not want to do anything other than give her some Robaxin that she can take as needed. She needs to use a little ice and resume activity to tolerance and follow-up here as needed. I will need to get her back when she is a year post-operative for x-ray of her hip.
JPD/clb

Dr. DeHaven 00018
Eva Williams v. Greater Ga.