# DEFENDANT GGL
# EXHIBIT 9

# LEAVE OF ABSENCE

| Name of Associate | Associate No. | Facility |
|---|---|---|
| Eva W. Williams | 47719 | 044 |

| Address while on Leave | Telephone No. while on Leave | Last Day Worked Prior to Leave |
|---|---|---|
| ▇▇▇▇▇▇▇ AL 36310 | | Oct. 28-04 |

**Reason for Leave (check one)**   Is this leave covered by FMLA? ☒ Yes ☐ No

☒ Medical   ☐ No Work Available   ☐ Other _____
☐ Pregnancy   ☐ Sickness in Family   ☐ Intermittent or Reduced Schedule (provide details) _____
☐ Workers' Comp   ☐ Military   _____

**Leave of Absence Granted**

| | From Date | To Date, Inclusive |
|---|---|---|
| 1 | 11-1-04 | 12-14-04 |
| Approved By (Initials) | | To Date, Inclusive |
| 2 WHJ | | 3-14-05 |
| 3 WHJ | | 5-14-05 |
| 4 WHJ | | June 12-05 |
| 5 WHJ | 7-27-05 | Dec-25-05 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

This leave is granted so that the associate may be absent from work for a specified period without breaking his/her continuous service record. An associate absent without leave, or who fails to report for work before expiration of a leave, is subject to separation. The associate, in accepting this leave, agrees to the following rules governing leaves of absence:

- **MEDICAL, PREGNANCY OR OTHER PHYSICAL DISABILITY** — A Leave of Absence may be granted for a period of one month, unless otherwise clearly indicated, with monthly extensions as warranted by the nature of the disability, not to exceed a total of one year (or period equal to associate's length of service, whichever is less). It is the associate's responsibility to notify his/her Supervisor in all cases, giving approximate time of return to work. If additional time is required, the associate should request an extension from the Supervisor. A physician's certificate may be required.

An associate on pregnancy leave who has been medically cleared to return to work but needs additional leave time for child care or other related problems may be granted personal leave time (see "Other Valid Reasons" below) for a period of one month, with monthly extensions as warranted by the nature of the problem, not to exceed a total of three months. A combination of pregnancy leave and personal leave shall not exceed one year.

- **WORKERS' COMPENSATION** — In any case of compensable illness or injury under Workers' Compensation, a Workers' Compensation leave will be granted in writing for expected period of legal, temporary disability. Leave may be extended as needed but not to exceed one year.

- **NO WORK AVAILABLE** — A leave for a maximum of six months (or a period equal to the associate's length of service, whichever is less) may be granted because of a curtailment in operations or a reduction in force layoff. Should the associate's job not be available at the end of that period, a Separation Notice shall be issued. The Supervisor and/or Human Resources Manager shall inform the associate of his/her type of leave, depending upon any job offers made to the associate while on layoff.

If an associate should be on a sickness, pregnancy, physical disability or other type leave at the time he/she is to be laid off, his/her no-work-available leave time shall be counted from the date he/she is affected by the layoff. However, the type leave shall not be changed until the associate has been cleared to return to work.

- **MILITARY LEAVE** — The maximum military leave time is 12 months.
- **OTHER VALID REASONS** — The maximum leave of absence is three months.
- **INTERMITTENT OR REDUCED SCHEDULE** — The maximum accumulated time off is 12 weeks annually.
- Any leave time taken under the Family and Medical Leave Act will count concurrently toward leave time allowed by the Company's Leave of Absence policy.

An associate who works elsewhere while on Leave of Absence (other than No Work Available) is subject to discharge.

**Date Returned to Work** 6-13-05 or
**Date Terminated** Ret 12-13-05
**If terminated, last date worked**

---
### Healthcare Coverage
### While on Extended Leave of Absence

Group healthcare coverage ends when an associate begins a leave of absence other than FMLA leave, in which case it ends after 12 weeks; however, an associate may continue healthcare coverage under COBRA at regular associate group rates for a period of time and later convert to COBRA rates, depending on type leave. See your Human Resources Department for details.

### Group Life Insurance Coverage
### While on Leave of Absence

Group life insurance coverage remains in effect for length of eligible Company leave.

Note: In healthcare and life insurance coverage for associate and dependents, required premiums must be paid and kept up to date or coverage may lapse.

WestPoint 00142
Eva Williams v. Grt Ga Life

**Supervisor:** Harold Brown
**Department Manager:** Willie Joy
**Human Resources Manager:** [signature]
**Operating Head of Facility (as required):** [signature]
**Date of Final Approval:** [signature]

- **RETURN TO WORK** — At least one week before leave expiration, associate must notify his/her Supervisor of intent to return to work. Associate returning from leave must satisfactorily complete return-to-work physical examination. Human Resources Department arranges for examination upon request.

Eva Williams (Associate Signature)   10/28/04 (Date)

CC-062503-LOA

NOTE: For information regarding FMLA leaves, see opposite side of form

Associate worked from June 13, 2005 until 7-27-05 and is going back out on Leave. Due to hip replacement.