# DEFENDANT GGL

# EXHIBIT 13

```
Pt#: 199980                                      SOUTHERN BONE & JOINT SPECIALISTS
EVA W WILLIAMS                          FC:3         ORTHOPAEDICS
                          DOB:                  500 Ross Clark Circle / 4300 West Main Street, Suite 14
         AL 36345     Acct#: 199980                    Dothan, Alabama
Phone:                                                  404 North Main
                                                   Enterprise, Alabama 36330
```

Patient: 199980 EVA W WILLIAMS                        Age:
Date   : 08/09/2005                        JAMES P DEHAVEN, MD

Mrs. Williams is doing okay. She said that "wobbles" and she does have a little bit of an unsteady gait but she said that pain wise, she is getting a lot better.

Again, she is just not over it. She had some administrative issues here that we have given her some paperwork for. Other than that, I will see her in the clinic when she is a year post-operative for an X-Ray. JPD/srh

8-19-05. Pt called stated she needed a letter stating she is unable to work @ this time - Dr DeHaven said OK to this - When I called the pt. to let her know she could pick this up. She stated she needed her records for disability - Pt was asked to have the Disability Office write + request what they need - (JD)

Dr. DeHaven 00016
Eva Williams v. Greater Ga.

Patient: 199980 EVA W WILLIAMS                        Age:
Date   : 09/21/2005                        JAMES P DEHAVEN, MD

Mrs. Williams is having a lot of back pain, sort of along her iliac crest area.

X-RAYS:
I got x-rays today. She certainly has some arthritis but not all that bad. From what I can see of her hip, it looks perfect.

I am going to put her on a Medrol Dose Pack. I gave her some Robaxin and pain medicine. She will follow-up here as needed. She will let me know if this does not help. JPD/srh

11-22-05 Pt called Req pain meds and muscle relaxers - JPD said pt shouldn't still be taking these now - Needs to see Regular Doctor - Pt. notified - T.Huors, LPN