# DEFENDANT GGL

# EXHIBIT 14

NAME_____

ACCT. NO._____

12-8-05 cx

**SOUTHERN BONE & JOINT SPECIALISTS**
ORTHOPAEDICS
1500 Ross Clark Circle / 4300 West Main Street, Suite 14
Dothan, Alabama

404 North Main
Enterprise, Alabama 36330

```
Patient: 199980 EVA W WILLIAMS                          Age:
Date   : 12/09/2005                     JAMES P DEHAVEN, MD
```

Ms. Williams is doing okay. Her right hip does not hurt at all. The left hip still hurts a little bit and she has some back pain. Apparently Dr. Meadows has given her an injection recently and she feels better.

Today she is sort of fussing as to why her back hurts and I have tried to explain to her that this is the price we humans pay for being on two feet and unfortunately there is not going to be a whole lot we can do unless it gets bad enough to consider epidurals or even more rarely to consider surgery. So more of an explanation than any kind of treatment today and the fact is she is doing okay at this point.

I did x-ray her hip. She is a year out. It looks perfect. So I am going to turn her loose. In a couple of years, she needs to get another x-ray but if there is a problem in the meantime, she is to give me a call. JPD/ca
Cc: Dr. Meadows

Dr. DeHaven 00015
Eva Williams v. Greater Ga.