IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EVA WILLIAMS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: |
| | ) | 1:06-CV-387-CSC |
| GREATER GEORGIA LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the undersigned and states that the parties in this case concluded a face-to-face settlement conference on Monday, December 11, 2006, a settlement was not reached at that time, and that the parties do not currently believe that mediation will assist them in resolving this case short of trial.

_/s/ Samuel L. Adams_
Samuel L. Adams
P.O. Box 1690
153 South Oates Street
Dothan, Alabama 36302

Attorney for Plaintiff, Eva Williams

1524448

_/s/ Michael L. Lucas_
Michael L. Lucas (LUC004)
Graham W. Gerhardt (GER007)
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203

Attorneys for Defendant Greater
Georgia Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2006, I electronically filed the foregoing with the Clerk of the Court the Notice Concerning Settlement Conference and Mediation using the CM/ECF system which will send notification of such filing to the following:

Samuel L. Adams
P.O. Box 1690
153 South Oates Street
Dothan, Alabama 36302

s/ Michael L. Lucas
OF COUNSEL
