IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EVA WILLIAMS,<br>    PLAINTIFF, | *<br>*<br>* | |
| v. | *<br>* | CASE NO:  1:06-CV-387-CSC |
| GREATER GEORGIA LIFE,<br>INSURANCE COMPANY,<br>    DEFENDANT. | *<br>*<br>*<br>* | |

**Plaintiff's Response to Motion for Summary Judgment**

**COMES NOW**, the Plaintiff, Eva Williams, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby responds to the Motion for Summary Judgment filed by the Defendant, Great Georgia Life Insurance Company, and states that there is a genuine issue of material fact and that that Greater Georgia Life Insurance Company is not entitled to Judgment as a matter of law.  The Plaintiff's response is based on the applicable law, all pleadings, all papers on file and all evidence set forth in Plaintiff's Evidentiary Submission in Response to Motion for summary Judgment.

Respectfully submitted this 12th day of December, 2006.

/s/Samuel L. Adams
Samuel L. Adams (ADA017)
Attorney for Plaintiff
P.O. Box 1690
Dothan, AL 36302
334-792-0965

**CERTIFICATE OF SERVICE**

      I certify that I have served a copy of the above listed parties, by placing a copy of the same in the United States mail, correctly addressed and first-class postage prepaid on this 12th day of December, 2006.

      Michael L. Lucas (LUC004)
      BURR & FORMAN LLP
      3100 Wachovia Tower
      420 North 20th Street
      Birmingham, Alabama  35203


      /s/Samuel L. Adams
      Samuel L. Adams