IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVA WILLIAMS, <br> PLAINTIFF, <br><br> v. <br><br> GREATER GEORGIA LIFE, <br> INSURANCE COMPANY, <br> DEFENDANT. | * <br> * <br> * <br> * CASE NO: 1:06-CV-387-CSC <br> * <br> * <br> * <br> * <br> * |

### Plaintiff's Evidentiary Submission

**COMES NOW**, the Plaintiff, Eva Williams, and submits the attached evidence in support of her claim.

Exhibit 1    Declaration of Eva Williams

Exhibit 2    Dr. Dehaven Certified Medical Records

Exhibit 3    Declaration of Kristy Woods

Exhibit 4    Group Short Term Disability Insurance Benefits

Respectfully submitted this 13 day of December, 2006.

Samuel L. Adams (ADA017)
Attorney for Plaintiff
P.O. Box 1690
Dothan, AL 36302
334-792-0965

## CERTIFICATE OF SERVICE

    I certify that I have served a copy of the above listed parties, by placing a copy of the same in the United States mail, correctly addressed and first-class postage prepaid on this 12 day of December, 2006.

    Michael L. Lucas (LUC004)
    BURR & FORMAN LLP
    3100 Wachovia Tower
    420 North 20th Street
    Birmingham, Alabama 35203

    Samuel L. Adams