Smart

Net Digital

AO 88(Rev. 11/91) Subpoena in a Civil Case

# In the United States District Court

## MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

EVA WILLIAMS,

                Plaintiff,

v.

GREATER GEORGIA LIFE
INSURANCE COMPANY,

                Defendant.

**EXHIBIT 2**

**SUBPOENA IN A CIVIL CASE**

**CASE NUMBER: 1:06–CV–387–CSC**

In the United States District Court
for the Middle District of Alabama
Southern Division

**✳ Certified ✳**

TO:    **CUSTODIAN OF RECORDS**
        **JAMES P. DEHAVEN, M.D.**
        **1500 Ross Clark Circle**
        **Dothan, Alabama 36301**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**SEE ATTACHED EXHIBIT "A"**

| PLACE<br>Burr & Forman LLP<br>3100 Wachovia Tower<br>420 North 20th Street<br>Birmingham, Alabama 35203 | DATE AND TIME<br>October 20, 2006<br>10:00 a.m. |
|---|---|

Mailed

IW/10-506

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorney for Defendant, Greater Georgia Life Insurance Company | DATE<br>September 28, 2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael L. Lucas, 3100 Wachovia Tower, 420 North 20th Street, Birmingham, Alabama 35203 (205) 251-3000

See Rule 45, Federal Rules Civil Procedure, Parts C & D attached

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

EVA WILLIAMS,                                    )
                                                 )
              Plaintiff,                    )
                                                 )
v.                                               )     **CIVIL ACTION NO:**
                                                 )     **1:06-CV-387-CSC**
**GREATER GEORGIA LIFE**                         )
**INSURANCE COMPANY,**                           )
                                                 )
              Defendant.                    )

## AFFIDAVIT

STATE OF ALABAMA          )

COUNTY OF _____ )

    Before me, the undersigned authority, personally appeared _____, who being by me first duly sworn, deposed and stated as follows:

    My name is _____. I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

    I am a duly authorized custodian of the records of James P. DeHaven, M.D., including employment and personnel records pertaining to Eva Williams, and I have the authority to certify those records. The copies of the employment and personnel records attached to this affidavit are true copies of the records described in the subpoena served on or about September _____, 2006.

    I further certify that such James P. DeHaven, M.D. employment and personnel records herein referred to were made and kept in the usual and regular course of business of James P. DeHaven, M.D. and that it was in the usual and regular course of business of James P. DeHaven, M.D. to make and keep said records, and that said records were made at or about the time of the act, condition or event recorded.

    I declare that the foregoing is true and correct and based upon my personal knowledge and knowledge obtained by me in the performance of my duties.

_____
Signature

_____
Date    10-5-06

    SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this the ___5___ day of _Oct_____, 2006.

_____
NOTARY PUBLIC

My Commission Expires: __5-15-10__

Dr. DeHaven 00001
Eva Williams v. Greater Ga.

e.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....

1.1*199980 EVA W WILLIAMS                  *Closed*
07/22/04 99202-25 OFFICE OR OTHE 24.3   71595   71.00 072204FTS 1C1.1
07/22/04 1.4    COPAY CASH     24.3        -20.00 072204FTS 1C1.5*1
08/10/04 2.50   BCBS PMT RELEA 24.3        -35.00 081004BS1 r655252
08/10/04 38     [A2] BC/BS ALA 24.3        -21.00 081004BS1 r655252
08/10/04 1.4    [3] $15.00 COP 24.3         0.00 081004BS1 r655252
07/22/04 89     TO 2,4 DEBIT   24.3          5.00 091704ADJ 1667586
      Balance:              0.00

nary: -35.00  Secondary: 0.00   Personal: -20.00  Adjustments: -16.00
07/26/04 insur   ECS-BCBS                        502188

---

1C1.2*199980 EVA W WILLIAMS                  *Closed*
07/22/04 20610   ARTHROCENTESIS 24.3   71595   64.00 072204FTS 1C1.2
08/10/04 2.50   BCBS PMT RELEA 24.3        -36.00 081004BS1 r655252
08/10/04 38     [A2] BC/BS ALA 24.3        -24.00 081004BS1 r655252
08/10/04 1.4    [3] $4.00 COPA 24.3          0.00 081004BS1 r655252
07/22/04 1.6    FRM 1 TRANSFER 24.3         -4.00 091704ADJ 1667586
      Balance:              0.00

nary: -36.00  Secondary: 0.00   Personal: -4.00  Adjustments: -24.00
07/26/04 insur   ECS-BCBS                        502188

---

1C1.3*199980 EVA W WILLIAMS                  *Closed*
07/22/04 J0702   CELESTONE INJ( 24.3   71595   18.00 072204FTS 1C1.3
08/10/04 38     97 BC/BS ALA   24.3        -18.00 081004BS1 r655252
      Balance:              0.00

nary: 0.00  Secondary: 0.00   Personal: 0.00  Adjustments: -18.00
07/26/04 insur   ECS-BCBS                        502188

---

1C1.4*199980 EVA W WILLIAMS                  *Closed*
07/22/04 73510   X-RAY,HIP 2+VI 24.3   71595   95.00 072204FTS 1C1.4
08/10/04 2.50   BCBS PMT RELEA 24.3        -57.60 081004BS1 r655252
08/10/04 38     [A2] BC/BS ALA 24.3        -31.00 081004BS1 r655252
08/10/04 1.4    [3] $6.40 COPA 24.3          0.00 081004BS1 r655252
07/22/04 1.6    FRM 1 TRANSFER 24.3         -1.00 091704ADJ 1667586
12/13/04 1      CASH ON ACCOUN 24.3         -5.40 121304FLO 1733880
      Balance:              0.00

imary: -57.60  Secondary: 0.00   Personal: -6.40  Adjustments: -31.00
07/26/04 insur   ECS-BCBS                        502188

---

1C2.1*199980 EVA W WILLIAMS                  *Closed*
10/06/04 99212   ESTAB OFFICE O F24.3   71515   54.00 CS100604J 1C2.1
10/06/04 1.4    COPAY CASH     F24.3        -15.00 CS100604J 1C2.2*1
10/25/04 2.50   BCBS PMT RELEA F24.3        -20.00 102504BCN r661466
10/25/04 38     [A2] BC/BS ALA F24.3        -19.00 102504BCN r661466
10/25/04 1.4    [3] $15.00 COP F24.3         0.00 102504BCN r661466
      Balance:              0.00

imary: -20.00  Secondary: 0.00   Personal: -15.00  Adjustments: -19.00
10/08/04 insur   ECS-BCBS                        524727

---

1C3.1*199980 EVA W WILLIAMS                  *Closed*
12/13/04 8888   NO CHARGE      F24.3   71515   0.00 CS121304F 1C3.1
      Balance:              0.00

Dr. DeHaven 00002
Eva Williams v. Greater Ga.

Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
nary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
------------------------------------------------------------

IC5.1*199980 EVA W WILLIAMS            *Private*
12/14/04 27130-RT ARTHROPLASTY,A F24.3  71535   5234.00 123004SUR 1C5.1
01/19/05 2.50   BCBS PMT RELEA F24.3       -2943.00 011905BCM r667690
01/19/05 38    [A2] BC/BS ALA F24.3    -1964.00 011905BCM r667690
01/19/05 1.4   [3] $327.00 CO F24.3     0.00 011905BCM r667690
03/17/05 1.2   CREDIT CARD ON F24.3       -50.00 031705PMT 1798868
04/21/05 1.6   FRM 53 TRANSFE F24.3       -5.00 071205ADJ 1879325
09/02/05 1.2   CREDIT CARD ON F24.3      -100.00 090205REC 1920420
08/09/05 1.6   FRM 76 TRANSFE F24.3       -5.00 091405ADJ 1925754
10/21/05 1.3   CHECK ON ACCOU F24.3      -20.00 102105PER 1955094
11/28/05 66    RETURNED CHECK F24.3      20.00 112805RTC 1981493
04/14/06 1.3   CHECK ON ACCOU F24.3      -25.00 041406PER 2082145
06/06/06 4    CHEK-PRO     F24.3    -20.00 060606CHE 2118398
        Balance:         122.00

nary: -2943.00Secondary: 0.00   Personal: -225.00 Adjustments: -1944.00
01/06/05 insur   ECS-BCBS                 548954
------------------------------------------------------------

1C6.1*199980 EVA W WILLIAMS            *Private*
12/14/04 27130-80 ARTHROPLASTY,A F26.3  71535   5234.00 123004SUR 1C6.1
01/19/05 2.50   BCBS PMT RELEA F26.3       -735.75 011905BCM r667690
01/19/05 38    [A2] BC/BS ALA F26.3   -4416.50 011905BCM r667690
01/19/05 1.4   [3] $81.75 COP F26.3     0.00 011905BCM r667690
        Balance:         81.75

nary: -735.75 Secondary: 0.00   Personal: 0.00   Adjustments: -4416.50
01/06/05 insur   ECS-BCBS                 548955
------------------------------------------------------------

1C7.1*199980 EVA W WILLIAMS            *Closed*
01/11/05 99024   POSTOP FOLLOW- F24.3  71535       0.00 CS011105J 1C7.1
        Balance:         0.00

nary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
01/14/05 insur   ECS-BCBS                 551546
------------------------------------------------------------

1C7.2*199980 EVA W WILLIAMS            *Private*
01/11/05 73510-RT XRAY,HIP;COMPL F24.3  71535    95.00 CS011105J 1C7.2
02/08/05 38    [A2] BC/BS ALA F24.3     -31.00 020805BCM r668742
02/08/05 49    [1] $64.00 DED F24.3     0.00 020805BCM r668742
        Balance:         64.00

mary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -31.00
01/14/05 insur   ECS-BCBS                 551546
------------------------------------------------------------

1C8.1*199980 EVA W WILLIAMS            *Closed*
02/03/05 99024   POSTOP FOLLOW- F24.3  71535       0.00 CS020305J 1C8.1
        Balance:         0.00

imary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
------------------------------------------------------------

1C9.1*199980 EVA W WILLIAMS            *Closed*
03/17/05 99024   POSTOP FOLLOW- F24.3  71535       0.00 CS031705J 1C9.1
        Balance:         0.00

imary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
------------------------------------------------------------

Dr. DeHaven 00003
Eva Williams v. Greater Ga.

Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....

C10.1*199980 EVA W WILLIAMS        *Closed*
04/21/05 99212   ESTAB OFFICE O F24.3  71535    54.00 CS042105F 1C10.1
04/21/05 1.4    COPAY CASH   F24.3        -20.00 CS042105F 1C10.2*
05/13/05 2.50   BCBS PMT RELEA F24.3       -20.00 051305BS2 r676339
05/13/05 38    [A2] BC/BS ALA F24.3      -19.00 051305BS2 r676339
05/13/05 1.4   [3] $15.00 COP F24.3       0.00 051305BS2 r676339
04/21/05 89    TO 32 DEBIT  F24.3        5.00 071205ADJ 1879325
       Balance:        0.00

nary: -20.00 Secondary: 0.00  Personal: -20.00 Adjustments: -14.00
04/25/05 insur   ECS-BCBS                      580992
----------------------------------------------------------------

1C11.1*199980 EVA W WILLIAMS        *Closed*
06/23/05 99212   ESTAB OFFICE O F24.3  71535    54.00 CS062305J 1C11.1
06/23/05 1.1    448 COPAY CHEC F24.3       -20.00 CS062305J 1C11.2*
07/15/05 2.50   BCBS PMT RELEA F24.3       -20.00 071505BS3 r681202
07/15/05 38    [A2] BC/BS ALA F24.3      -19.00 071505BS3 r681202
07/15/05 1.4   [3] $15.00 COP F24.3       0.00 071505BS3 r681202
06/23/05 89    TO 63 DEBIT  F24.3        5.00 080405ADJ 1896418
       Balance:        0.00

nary: -20.00 Secondary: 0.00  Personal: -20.00 Adjustments: -14.00
06/28/05 insur   ECS-BCBS                      601050
----------------------------------------------------------------

1C11.3*199980 EVA W WILLIAMS        *Private*
06/23/05 73510-RT XRAY,HIP;COMPL F24.3  71535    95.00 CS062305J 1C11.3
07/15/05 38    [A2] BC/BS ALA F24.3      -31.00 071505BS3 r681202
07/15/05 49    [1] $64.00 DED F24.3      0.00 071505BS3 r681202
06/23/05 1.6    FRM 61 TRANSFE F24.3       -5.00 080405ADJ 1896418
       Balance:        59.00

nary: 0.00  Secondary: 0.00  Personal: -5.00  Adjustments: -31.00
06/28/05 insur   ECS-BCBS                      601050
----------------------------------------------------------------

1C12.1*199980 EVA W WILLIAMS        *Closed*
08/09/05 99212   ESTAB OFFICE O F24.3  71535    54.00 CS080905J 1C12.1
08/09/05 1.1    454 COPAY CHEC F24.3       -20.00 CS080905J 1C12.2*
09/02/05 2.50   BCBS PMT RELEA F24.3       -20.00 090205BCM r684895
09/02/05 38    [A2] BC/BS ALA F24.3      -19.00 090205BCM r684895
09/02/05 1.4   [3] $15.00 COP F24.3       0.00 090205BCM r684895
08/09/05 89    TO 32 DEBIT  F24.3        5.00 091405ADJ 1925754
       Balance:        0.00

mary: -20.00 Secondary: 0.00  Personal: -20.00 Adjustments: -14.00
08/15/05 insur   ECS-BCBS                      615130
----------------------------------------------------------------

2C1.1*199980 EVA W WILLIAMS        *Closed*
09/21/05 99212   ESTAB OFFICE O F24.3  7242    54.00 CS092105R 2C1.1
09/21/05 1.1    1154 COPAY CHE F24.3       -15.00 CS092105R 2C1.2*1
10/12/05 2.50   BCBS PMT RELEA F24.3       -20.00 101205BCM r688017
10/12/05 38    [A2] BC/BS ALA F24.3      -19.00 101205BCM r688017
10/12/05 1.4   [3] $15.00 COP F24.3       0.00 101205BCM r688017
       Balance:        0.00

imary: -20.00 Secondary: 0.00  Personal: -15.00 Adjustments: -19.00
09/27/05 insur   ECS-BCBS                      630148
----------------------------------------------------------------

2C1.3*199980 EVA W WILLIAMS        *Private*

Dr. DeHaven 00004
Eva Williams v. Greater Ga.

```
. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
09/21/05 72100   X-RAY,L-SPINE F24.3 7242    110.00 CS092105R 2C1.3
10/12/05 2.50    BCBS PMT RELEA F24.3         -60.30 101205BCM r688017
10/12/05 38      [A2] BC/BS ALA F24.3         -43.00 101205BCM r688017
10/12/05 1.4     [3] $6.70 COPA F24.3          0.00 101205BCM r688017
         Balance:              6.70
```

nary: -60.30  Secondary: 0.00   Personal: 0.00   Adjustments: -43.00
)9/27/05 insur   ECS-BCBS                        630148

------------------------------------------------------------------------

```
1C13.1*199980 EVA W WILLIAMS          *Private*
  12/09/05 99212   ESTAB OFFICE O F24.3  71945    54.00 CS120905J 1C13.1
  01/06/06 2.50    BCBS PMT RELEA F24.3         -20.00 010606BCM r694284
  01/06/06 38      [A2] BC/BS ALA F24.3         -19.00 010606BCM r694284
  01/06/06 1.4     [3] $15.00 COP F24.3          0.00 010606BCM r694284
         Balance:             15.00
```

nary: -20.00  Secondary: 0.00   Personal: 0.00   Adjustments: -19.00
12/16/05 insur   ECS-BCBS                        657174

------------------------------------------------------------------------

```
1C13.2*199980 EVA W WILLIAMS          *Private*
  12/09/05 73510-RT XRAY,HIP;COMPL F24.3 71945    95.00 CS120905J 1C13.2
  01/06/06 2.50    BCBS PMT RELEA F24.3         -57.60 010606BCM r694284
  01/06/06 38      [A2] BC/BS ALA F24.3         -31.00 010606BCM r694284
  01/06/06 1.4     [3] $6.40 COPA F24.3          0.00 010606BCM r694284
         Balance:              6.40
```

nary: -57.60  Secondary: 0.00   Personal: 0.00   Adjustments: -31.00
12/16/05 insur   ECS-BCBS                        657174

------------------------------------------------------------------------

```
2069994.1*199980 EVA W WILLIAMS         *Closed*
  03/31/06 LTR30   RECOVERY SPECI F24.3          0.00 RSIC    2069994
         Balance:              0.00
```

nary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00

------------------------------------------------------------------------

```
Statements for EVA W WILLIAMS         *Closed*
    08/30/04 98.1   STMT PRINTED          0.00     stmt
    09/28/04 98.1   STMT PRINTED          0.00     stmt
    10/26/04 98.1   STMT PRINTED          0.00     stmt
    11/29/04 98.1   STMT PRINTED          0.00     stmt
    01/29/05 98.1   STMT PRINTED          0.00     stmt
    02/26/05 98.1   STMT PRINTED          0.00     stmt
    03/30/05 98.1   STMT PRINTED          0.00     stmt
    04/29/05 98.1   STMT PRINTED          0.00     stmt
    05/25/05 98.1   STMT PRINTED          0.00     stmt
    06/29/05 98.1   STMT PRINTED          0.00     stmt
    07/29/05 98.1   STMT PRINTED          0.00     stmt
    08/27/05 98.1   STMT PRINTED          0.00     stmt
    09/26/05 98.1   STMT PRINTED          0.00     stmt
    10/25/05 98.1   STMT PRINTED          0.00     stmt
    11/25/05 98.1   STMT PRINTED          0.00     stmt
  3 12/15/05 98.1   STMT PRINTED          0.00     stmt
  1 01/20/06 98.1   STMT PRINTED          0.00     stmt
  2 02/20/06 98.1   STMT PRINTED          0.00     stmt
  3 03/20/06 98.1   STMT PRINTED          0.00     stmt
  6 04/21/06 98.1   STMT PRINTED          0.00     stmt
  7 05/18/06 98.1   STMT PRINTED          0.00     stmt
  9 06/23/06 98.1   STMT PRINTED          0.00     stmt
```

Dr. DeHaven 00005
Eva Williams v. Greater Ga.

| Date.... | Code.... | Description... | DrFcl.. | Dx.... | Original | Batch.... | Ref.... |
|----------|----------|----------------|---------|--------|----------|-----------|---------|
| 07/25/06 | 98.1 | STMT PRINTED | | | 0.00 | | stmt |
| 08/24/06 | 98.1 | STMT PRINTED | | | 0.00 | | stmt |
| 09/22/06 | 98.1 | STMT PRINTED | | | 0.00 | | stmt |

--------------------------------------------------------------------

OTAL : 354.85

Dr. DeHaven 00006

Eva Williams v. Greater Ga.

# SOUTHERN BONE & JOINT SPECIALISTS
## 1500 ROSS CLARK CIRCLE / 4300 WEST MAIN STREET, DOTHAN, AL 36301
### 404 NORTH MAIN STREET, ENTERPRISE, AL 36330

**PLEASE PRINT**
Payment due at time of services unless prior arrangements have been made.

## PATIENT INFORMATION

| | | | |
|---|---|---|---|
| LAST NAME: Williams | FIRST: Eva | MD. INITIAL: W. | SEX: M☐ F☑ | AGE: 51 | BIRTHDATE: 9/24/53 |

ADDRESS: 749 Co Rd 251

CITY: Headland  STATE: AL  ZIP CODE: 36345

SOCIAL SECURITY NUMBER:

MARITAL STATUS: M☐ S☐ D☐ W☑

HOME PHONE: (334) 585-9696  WORK PHONE: (334) 585-2211

EMPLOYER OR SCHOOL: West Point Steven  OCCUPATION: Machine Oper.

EMERGENCY CONTACT: Evelyn Smith  PHONE: (334) 671-8964

## SPOUSE OR GUARDIAN INFORMATION

NAME: N/A  RELATIONSHIP TO PT.: N/A

ADDRESS: N/A  SOCIAL SECURITY NO.: N/A  BIRTHDATE:

CITY: N/A  STATE  ZIP CODE  OCCUPATION: N/A

HOME PHONE: N/A  WORK PHONE  EMPLOYER:

## CHIEF COMPLAINT

DESCRIBE YOUR CHIEF COMPLAINT AND THE DATE THEY BEGAN:
Right leg sur Hip

PLEASE LIST THE NAME OF THE REFERRING PHYSICIAN:
Dr. Meadow Family Practice Abbeville

## ACCIDENT INFORMATION

IS THIS PROBLEM DUE TO AN ACCIDENT? ☐ YES ☑ NO

DESCRIBE THE ACCIDENT:

WAS AN AUTOMOBILE INVOLVED? ☐ YES ☑ NO

IF YES, GIVE AUTO INS. INFORMATION OR ATTORNEY NAME:

## ON-THE-JOB INJURY INFORMATION

IS THE PROBLEM DUE TO AN ON-THE-JOB INJURY? ☐ YES ☑ NO

HOW DID THE INJURY OCCUR?

EMPLOYER AT TIME OF INJURY:

ADDRESS OF EMPLOYER:

PHONE NUMBER OF EMPLOYER:

## INSURANCE INFORMATION

PLEASE LIST ALL MEDICAL INSURANCE INFORMATION BELOW:
Blue Cross Blue Shield (PPO)

PLEASE LIST RELATIONSHIP OF PATIENT TO INSURED:
James Williams Jr. Spouse

PRIMARY INSURANCE: Blue Cross Blue Shield (P.P.O.)

NAME OF INSURANCE CO.:

NAME OF INSURED:

INSURED SOC. SEC. NO.: 

INSURED BIRTHDATE: 2/2/55

NAME AND ADDRESS OF EMPLOYER: 2484 Water Rd Atlanta, GA

POLICY NUMBER: R58087614

GROUP NUMBER: 105

SECONDARY INSURANCE:

NAME OF INSURANCE CO.:

NAME OF INSURED:

INSURED SOC. SEC. NO.:

INSURED BIRTHDATE:

NAME AND ADDRESS OF EMPLOYER:

POLICY NUMBER:

GROUP NUMBER:

Dr. DeHaven 00007
Eva Williams v. Greater Ga.

RELEASE, ASSIGNMENT, AND FINANCIAL AGREEMENT: I authorize release of my medical and financial records to my referring physician, my parents or guardian, my employer if the injury is job-related, school officials, if injury is school-related, insurance companies, third party administrators or payors, or government agencies or their agents, whom may be responsible for payment. I certify that I am the patient or duly authorized general agent of the patient authorized to furnish the information requested. I agree to pay my physician's actual charges for services (even if my insurance company does not pay the full amount) and acknowledge that the fee schedule is available upon request. Even though I may have some insurance coverage, I am responsible for payment. Payment is due on the date service is received. On any unpaid balances, I assign benefits due from any company of third party to Southern Bone & Joint Specialists, P.C. Further, I agree to the following terms regarding any outstanding balance that I owe: (1) I may incur interest at the rate of 1 & 1/2 percent per month (18% PER ANNUM); (2) I will be responsible for reasonable collection costs, reasonable attorney's fees, and the cost of court incurred by Southern Bone & Joint Specialists, P.C. in the collection of the same, and (3) Any lawsuit and/or legal proceeding regarding any outstanding balance and debt shall be initiated and litigated in the court of appropriate jurisdiction in Houston County, Alabama, and I hereby waive any and all defenses and/or objections to said jurisdiction. By signing below I consent to the terms contained herein and affirmatively acknowledge that I have read the same before signing.

SIGNATURE OF PATIENT/GUARDIAN OR AUTHORIZED AGENT: Eva W. Williams    6/23/05

**Southern Bone & Joint Specialists**
**Patient Consent to the Use and Disclosure of Health Information**
**for Treatment, Payment or Healthcare Operations**

I, *Eva Williams* understand that as part of my healthcare, Southern Bone & Joint Specialists originates and maintains paper and/or electronic records describing my health history, symptoms, examination and test results, diagnoses, treatment, and any plans for future care or treatment.

I understand and have been provided with a *Notice of Privacy Practices* that provides a more complete description of information uses and disclosures.

*Eva Williams*
Patient or Guardian's Signature

*6/23/05*
Date

Please list below the names of any individuals who we may disclose any medical and/or account billing information on your behalf. These people will be allowed to act as your personal representative.

| NAME | RELATIONSHIP |
|------|--------------|
| James Williams | ex Spouse |
| | |
| | |
| | |

Dr. DeHaven 00008
Eva Williams v. Greater Ga.

# SOUTHERN BONE & JOINT SPECIALISTS, P.C.
1500 ROSS CLARK CIRCLE / 4300 WEST MAIN STREET, DOTHAN, AL 36301
404 NORTH MAIN STREET, ENTERPRISE, AL 36330

**PLEASE PRINT**
Payment due at time of services unless prior arrangements have been made.

## PATIENT INFORMATION

| LAST NAME: Williams | FIRST: Eva | MD. INITIAL W. | SEX M☐ F☑ | AGE 50 | BIRTHDATE 9-24-53 |

ADDRESS: P. O. Box 631

| CITY Abbeville | STATE AL | ZIP CODE 36310 |

SOCIAL SECURITY NUMBER 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

MARITAL STATUS M☐ S☐ D☐ W☐

EMPLOYER OR SCHOOL West Point Steven

OCCUPATION Machine Oper.

HOME PHONE (334)585-9696    WORK PHONE (334)585-9696

EMERGENCY CONTACT ____  PHONE ____

## SPOUSE OR GUARDIAN INFORMATION

| NAME | RELATIONSHIP TO PT. |
| ADDRESS | SOCIAL SECURITY NO. | BIRTHDATE |
| CITY    STATE    ZIP CODE | OCCUPATION |
| HOME PHONE    WORK PHONE | EMPLOYER |

## CHIEF COMPLAINT

DESCRIBE YOUR CHIEF COMPLAINT AND THE DATE THIS BEGAN
Back Pain Legs sometime my shoulder Hip (R)

PLEASE LIST THE NAME OF THE REFERRING PHYSICIAN
Dr. Meadow

## ACCIDENT INFORMATION

IS THIS PROBLEM DUE TO AN ACCIDENT? ☐ YES ☑ NO

DESCRIBE THE ACCIDENT:

WAS AN AUTOMOBILE INVOLVED? ☐ YES ☐ NO

IF YES, GIVE AUTO INS. INFORMATION OR ATTORNEY NAME:

## ON-THE-JOB INJURY INFORMATION

IS THE PROBLEM DUE TO AN ON-THE-JOB INJURY? ☐ YES ☐ NO

HOW DID THE INJURY OCCUR?

EMPLOYER AT TIME OF INJURY

ADDRESS OF EMPLOYER

PHONE NUMBER OF EMPLOYER

## INSURANCE INFORMATION

PLEASE LIST ALL MEDICAL INSURANCE INFORMATION BELOW
Blue Cross Blue Shield -Federal

PLEASE LIST RELATIONSHIP OF PATIENT TO INSURED

| PRIMARY INSURANCE | SECONDARY INSURANCE |
| NAME OF INSURANCE CO. | NAME OF INSURANCE CO. |
| NAME OF INSURED James Williams JR | NAME OF INSURED |
| INSURED SOC. SEC. NO. | INSURED SOC. SEC. NO. |
| INSURED BIRTHDATE 2-2-53 | INSURED BIRTHDATE |
| NAME AND ADDRESS OF EMPLOYER PPO | NAME AND ADDRESS OF EMPLOYER |
| POLICY NUMBER | POLICY NUMBER |
| GROUP NUMBER | GROUP NUMBER |

Dr. DeHaven 00009
Eva Williams v. Greater Ga.

RELEASE, ASSIGNMENT, AND FINANCIAL AGREEMENT: I authorize release of my medical and financial records to my referring physician, my parents or guardian, my employer if the injury is job-related, school officials, if injury is school-related, insurance companies, third party administrators or payors, or government agencies or their agents, whom may be responsible for payment. I certify that I am the patient or duly authorized general agent of the patient authorized to furnish the information requested. I agree to pay my physician's actual charges for services (even if my insurance company does not pay the full amount) and acknowledge that the fee schedule is available upon request. Even though I may have some insurance coverage, I am responsible for payment. Payment is due on the date service is received. On any unpaid balances, I assign benefits due from any company of third party to Southern Bone & Joint Specialists, P.C. Further, I agree to the following terms regarding any outstanding balance that I owe: (1) I may incur interest at the rate of 1 & 1/2 percent per month (18% PER ANNUM); (2) I will be responsible for reasonable collection costs, reasonable attorney's fees, and the cost of court incurred by Southern Bone & Joint Specialists, P.C. in the collection of the same, and (3) Any lawsuit and/or legal proceeding surrounding the outstanding balance and debt shall be initiated and litigated in the court of appropriate jurisdiction of Houston County, Alabama, and I hereby waive any and all defenses and/or objections to said jurisdiction. By signing below I consent to the terms contained herein and affirmatively acknowledge that I have read the same before signing

_Eva W. Williams_

**Southern Bone & Joint Specialists, P.C.**
**Patient Consent to the Use and Disclosure of Health Information**
**for Treatment, Payment, or Healthcare Operations**

I, _Eva Williams_, understand that as part of my health care, Southern Bone & Joint Specialists, P.C. originates and maintains paper and/or electronic records describing my health history, symptoms, examination and test results, diagnoses, treatment, and any plans for future care or treatment.

I understand and have been provided with a *Notice of Privacy Practices* that provides a more complete description of information uses and disclosures.


_Eva Williams_
Patient or Guardian's Signature

_7/_
Date

Please list below the names of any individuals who we may disclose any medical and/or account billing information on your behalf. These people will be allowed to act as your personal representative.

| NAME | RELATIONSHIP |
|------|--------------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Pt#: 199980
EVA W WILLIAMS
149 CO RD 251
~~ABBEVILLE~~ Headland AL ~~36310~~ 36348
Phone: 334-585-9696

FC:3 FC:3
DOB: 09/24/53
Acct#: 199980 980

P.C.

ALLERGIC

REFERRED BY ______

| DATE | X-ray PROCEDURE | CAST PROCEDURE | SURGERY PROCEDURE | DIAGNOSIS CODE | MISCELLANEOUS |
|---|---|---|---|---|---|
| | #9 Ⓡ hip | ✓ | | 715.95 | inj Ⓡ hip |
| 10-6-04 | C2 | | | | |
| 12.13.04 | #8 | | | 715.15 | |

EVA WILLIAMS 199980 DR F24 DP 21.3 FC 3
DATE OF SURG 12/14/04
CPT 27130-RT
DX 71535

MAR 1 4 2005

ASSISTANT DR F26 R DEAN LOLLEY MD
CPT 27130-80-RT
DX 71535

MAR 1 4 2005

| DATE | X-ray PROCEDURE | CAST PROCEDURE | SURGERY PROCEDURE | DIAGNOSIS CODE | MISCELLANEOUS |
|---|---|---|---|---|---|
| 1/11/05 | C2 Ⓡ hip ✓ | | V43.64 / | 715.36 | |
| 2/3/05 | | | V43.64/715.35 | | |
| 3/7/05 | | | | | |
| 4.21.05 | #9 | | | 7.15 | |
| 6.23.05 | Bil Ⓡ Hip AE ✓ | | | 715.35 / V43.64 | |
| 8/9/05 | C3 | | | 715.35 / V43.64 | |
| 9-21-05 | C6 L-Spine | | | 724.2 | |
| | ✓ D | | | | |
| 12.9.05 | C 5 Ⓡ Hip v13 | | | 715.35 / V43.64 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SBJ FORM #5470 / REV. 1-96

Pt#: 199980
EVA W WILLIAMS                                    FC:3
149 CO RD 251                          DOB: 09/24/53
ABBEVILLE        AL  36310             Acct#:   199980
Phone: 334-585-9696

| Prob. No. | Medication/ Amount Dispensed | Init. | Dose | No. of Refills | Date Start | Date Stop | OK Nurse Refill | Refills/Date/Strength/Initials | Reason Discontinued | DEA Control |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lorcet (+) 1. po g4-6 pen | 80 | #30 | 0 | 12/22/04 | | Yes No | DKG | 585-2282 — 80 | |
| | Lorcet (+) 1 po g 4-6 pin | Dc | 30 | 0 | 12/30/04 | | Yes No | RDL | 595-2282 | |
| | T po ibplen Lorcet (+) | au | 30 | 0 | 1/10/05 | | Yes No | JDHC/pw | Rill tide - 585 2282 — | |
| | Lorcet Plus 1 g 6h PRN | 03 | # 30 | 0 | 1-13-05 | | Yes No | JPD | 585-2282 — | |
| | Lortab 5 T q6h | | # 30 | 0 | 1-27-05 | | Yes No | JPM | 585-2282 CL | |
| | Robaxin 750 T po TID PRN | #30 DC | 0 | | 2-3-05 | | Yes No | JPD | OV | |
| | Lorcet Plus T pg 4 | Cu | # 30 | 0 | 2/14/05 | | Yes No | JPD | 585-2282 | |
| | Lorcet + T q4-6 | L | 30 | 0 | 3/8/05 | | Yes No | JPD | 585-2282 L | |
| | Robaxin 750 T po TID | Dc | 30 | 4 | 4/24/05 | | Yes No | JPU | OV | |
| | Ultram 50 T po 3-4 6 pm | HK | 30 | 0 | 6/13/05 | | Yes No | JPN | Rita Med. 585-2282 | |
| | Ultram 50 T po g 4-6 pm | HK | 30 | 0 | 6/23/05 | | Yes No | JPN | 7 | |
| | Phen BSS PL as dir. | CO | # 1 | 0 | 9/ | | Yes No | JPD | OV | |
| | Robaxin 750 T TID | CO | # 60 | 0 | 21/ | | Yes No | JPD | OV | |
| | Lorcet Plus T Q 4-6° PRN | CO | # 30 | 0 | 05 | | Yes No | JPD | OV | |
| | | | | | | | Yes No | | | |
| | | | | | | | Yes No | | | |
| | | | | | | | Yes No | | | |
| | | | | | | | Yes No | | | |
| | | | | | | | Yes No | | | |

Dr. DeHaven 00012
Eva Williams v. Greater Ga.

## HEALTH HISTORY

Name: _Eva W. Williams_                Age: _52_        Date: _6/23/05_

Weight: _230_      Height: _58_        Allergies: _____

Chief Complaint: _Right Hip_

Present Illness: _____

_____

_____

_____

_____

_____

Date of Accident or ONSET DATE: _____

Type of Injury: _____ Auto _____ Home ___✓___ Other _____ Workmen's Compensation

If WC give name and address of Company: _____

REFERRAL DOCTOR &/or Family Physician: _Dr. Meadow of Abbeville, A?_

**Past Surgical History:**                Date          Physician

_Right Hip_____ : _12/14/04_ : _Dr. DeHeaven_

_____ : _____ : _____

_____ : _____ : _____

**Past Medical History (CHECK IF APPLICABLE)**                **Medications**

____Heart _____ : _____

_✓_High Blood _____ : _Diovan_____

____Lung (general) _____ : _____

____Tuberculosis _____ : _____

____Cancer _____ : _____

____Seizures _____ : _____

____Stomach Ulcers _____ : _____

____Diabetes _____ : _____

____Gout _____ : _____

____Rheumatoid Arthritis _____ : _____

____Other(_____) _____ : _____

**Social History**

____Married ____Single __✓_Divorced ____Widow ____Smoke ____Alcohol Use ____Drug Use

Occupation (Include duties): _Machine Oper_____

**Physical Exam:** (General Appearance) _____

_____

_____BP    _____P    _____R    _____T    (If applicable)

_____ **(Check here if additional information on back of this form.)**

Dr. DeHaven 00013
Eva Williams v. Greater Ga.

SBJ #5392

# HEALTH HISTORY

Name: *Eva Williams*                    Age: *50*        Date: *1 3 0 4*

Weight: *5*     Height: *8*     Allergies: _____

Chief Complaint: *Back and down in hip t leg*

Present Illness: _____

_____

_____

_____

_____

_____

Date of Accident or ONSET DATE: _____

Type of Injury: _____Auto _____Home _____Other _____Workmens Compensation

If WC give name and address of Company: _____

REFERRAL DOCTOR &/or Family Physician: _____

Past Surgical History:
                           Date              Physician

_____ : _____ : _____

_____ : _____ : _____

_____ : _____ : _____

Past Medical History (CHECK IF APPLICABLE)

                                                      Medications

_____Heart _____ : _____

✓ High Blood _____ : _____

_____Lung (general) _____ : _____

_____Tuberculosis _____ : _____

_____Cancer _____ : _____

_____Seizures _____ : _____

_____Stomach Ulcers _____ : _____

_____Diabetes _____ : _____

_____Gout _____ : _____

_____Rheumatoid Arthritis _____ : _____

_____Other (_____) _____ : _____

Social History

_____Married _____Single ✓ Divorced _____Widow _____Smoke _____Alcohol Use _____Drug

Occupation (Include duties): *Machine Oper.*

Physical Exam: (General Appearance) _____

_____

Dr. DeHaven 00014
Eva Williams v. Greater Ga.

_____BP _____P _____R _____T (If applicable)

(Check here if additional information on back of this form.)

Form HH-88   V47-22643 (4-88)

NAME _____

ACCT. NO. _____

**SOUTHERN BONE & JOINT SPECIALISTS**
ORTHOPAEDICS
1500 Ross Clark Circle / 4300 West Main Street, Suite 14
Dothan, Alabama

404 North Main
Enterprise, Alabama 36330

12-8-05 CX

Patient: 199980 EVA W WILLIAMS      09/24/1953  Age: 52
Date   : 12/09/2005                 JAMES P DEHAVEN, MD

Ms. Williams is doing okay. Her right hip does not hurt at all. The
left hip still hurts a little bit and she has some back pain.
Apparently Dr. Meadows has given her an injection recently and she
feels better.

Today she is sort of fussing as to why her back hurts and I have
tried to explain to her that this is the price we humans pay for
being on two feet and unfortunately there is not going to be a whole
lot we can do unless it gets bad enough to consider epidurals or
even more rarely to consider surgery. So more of an explanation than
any kind of treatment today and the fact is she is doing okay at
this point.

I did x-ray her hip. She is a year out. It looks perfect. So I am
going to turn her loose. In a couple of years, she needs to get
another x-ray but if there is a problem in the meantime, she is to
give me a call. JPD/ca
Cc: Dr. Meadows

Dr. DeHaven 00015
Eva Williams v. Greater Ga.

Pt#: 199980
EVA W WILLIAMS
149 CO RD 251
HEADLAND      AL   36345
Phone: 334-585-9696

FC:3
DOB: 09/24/53
Acct#:   199980

**SOUTHERN BONE & JOINT SPECIALISTS**
ORTHOPAEDICS
500 Ross Clark Circle / 4300 West Main Street, Suite 14
Dothan, Alabama

404 North Main
Enterprise, Alabama 36330

Patient: 199980 EVA W WILLIAMS
Date   : 08/09/2005

09/24/1953  Age: 51
JAMES P DEHAVEN, MD

Mrs. Williams is doing okay. She said that "wobbles" and she does
have a little bit of an unsteady gait but she said that pain wise,
she is getting a lot better.

Again, she is just not over it.  She had some administrative issues
here that we have given her some paperwork for.  Other than that, I
will see her in the clinic when she is a year post-operative for an
X-Ray.  JPD/srh

8-19-05. Pt called stated she needed a letter stating she
is unable to work @ this time -
Dr. Dehaven said ok to this - When I called the pt.
to let her know she could pick this up, she stated she
needed her records for disability - It was asked to
have the Disability office write & request what they need -
(SD).

Dr. DeHaven 00016
Eva Williams v. Greater Ga.

Patient: 199980 EVA W WILLIAMS
Date   : 09/21/2005

09/24/1953  Age: 51
JAMES P DEHAVEN, MD

Mrs. Williams is having a lot of back pain, sort of along her iliac
crest area.

X-RAYS:
I got x-rays today.  She certainly has some arthritis but not all
that bad.  From what I can see of her hip, it looks perfect.

I am going to put her on a Medrol Dose Pack.  I gave her some
Robaxin and pain medicine.  She will follow-up here as needed.  She
will let me know if this does not help.  JPD/srh

11-22-05  Pt called Req. Pain meds and muscle Relaxers - JPD
said pt shouldn't still be taking these now - Needs to see
Regular Doctor - pt. notified - T. Hicks, LPN

Pt#:  199980
EVA W WILLIAMS
149 CO RD 251
ABBEVILLE      AL   36310
Phone: 334-585-9696

FC:3

DOB: 09/24/53
Acct#:     199980

**SOUTHERN BONE & JOINT SPECIALISTS**
ORTHOPAEDICS
1500 Ross Clark Circle / 4300 West Main Street, Suite 14
Dothan, Alabama

404 North Main
Enterprise, Alabama 36330

4-27-05- Pt. Called stated she does not feel
she will be able to return to work 5-14-05
due to her hip pain-
She will apply for "disability".
Explained when she applies -they will need for copies of her
records. & she would need to sign a release form - SB

5/3/05. Pt. Called + asked for another work excuse
felt she would not be able to return on 5/14/05
Pt. given another excuse until 6/13/05- SB
                                    — CERB

6-13-05 - See Med file ————

6/17/05 - pt was called, per JPD to make
appt to see him, chart to Southward Tena
for monday 6/20/05. ————

Patient: 199980 EVA W WILLIAMS
Date   : 06/23/2005

09/24/1953  Age: 51
JAMES P DEHAVEN, MD

Ms. Williams' right hip is hurting somewhat, but her left hip is
giving her more problem than the right hip.  Today I got x-rays of
her left hip (actually they got an x-ray also of her right hip in
error), and both hips look fine.  The left hip is a marked valgus
deformity, but that is congenital in nature.  However, I see no
arthritis, whatsoever.  Her operated hip looks perfect.  More than
anything,

I just want to give Ms. Williams reassurance that with time, she
will do better.  A lot of the issue is she is back to work and feels
that that is contributing to her lack of well being.  Apparently she
has to have an income, so she needs to do what she can do.  I want
to see her back when she is a year postoperative unless problems
arise.
JPD/cp

Dr. DeHaven 00017
Eva Williams v. Greater Ga.

NAME *Eva Williams*

ACCT. NO._____

**SOUTHERN BONE & JOINT SPECIALISTS**
ORTHOPAEDICS
1500 Ross Clark Circle / 4300 West Main Street, Suite 14
Dothan, Alabama

404 North Main
Enterprise, Alabama 36330

Patient: 199980 EVA W WILLIAMS          09/24/1953  Age: 51
Date   : 03/17/2005                     JAMES P DEHAVEN, MD

Mrs. Williams is actually doing very well.  There is still a little
bit of an antalgic gait but not bad.  I think that it would be just
a matter of time for her to get better.

She wants to stay out another couple of months because that is the
length of her disability program and I don't have any problem with
that.

I don't officially need to see her until she is a year post-
operative for X-Rays.  If there is a problem in the meantime she
will let us know.  JPD/srh

Patient: 199980 EVA W WILLIAMS          09/24/1953  Age: 51
Date   : 04/21/2005                     JAMES P DEHAVEN, MD

Mrs. Williams was having a lot of back pain a couple of weeks ago, and
it has generally settled down.  It is certainly improving.  At this
point we do not want to do anything other than give her some Robaxin
that she can take as needed.  She needs to use a little ice and resume
activity to tolerance and follow-up here as needed.  I will need to get
her back when she is a year post-operative for x-ray of her hip.
JPD/clb

NAME_____

ACCT. NO._____

**SOUTHERN BONE & JOINT SPECIALISTS**
ORTHOPAEDICS
1500 Ross Clark Circle / 4300 West Main Street, Suite 14
Dothan, Alabama

404 North Main
Enterprise, Alabama 36330

1/11/05 D/C Coumadin ———————————— (Horizon 114) —————— JPD/YB
1/13/05 JPD Left message von Jennifer Vice mail, that
P+ Doesn't need Any PT ——— D carlin

Patient: 199980 EVA W WILLIAMS
Date   : 01/11/2005                   09/24/1953  Age: 51
                                      JAMES P DEHAVEN, MD

Ms. Williams is a follow up for total hip arthroplasty and she is
doing very well. The wound looks excellent. X-rays look perfect. At
this point we will stop the Coumadin. She is on a cane. She can
start driving. I will see her in the clinic in six weeks. JPD/ca

1/21/05 (JPD) Ms. Williams called requesting a note
faxed to 677-8809 stating the date of her
surgery so she could get her month back for
her weight program. Approved per JPD. Note faxed. MAB

1-27-05 See med tab. J

2/10/05 JPD) See Med. tab. ——————— Pullain

Patient: 199980 EVA W WILLIAMS
Date   : 02/03/2005                   09/24/1953  Age: 51
                                      JAMES P DEHAVEN, MD

Ms. Williams' hip is doing very well. She has minimal antalgic gait
and she is only less than two months from surgery so I think she is
really doing very well. More than anything reassurance that she will
get completely better. I will see her in the clinic in six weeks
unless problems arise. JPD/ca

3-8-05 See Med tab ——————— L

Dr. DeHaven 00019
Eva Williams v. Greater Ga.

NAME *Eva Williams*

ACCT. NO. *199980*

**SOUTHERN BONE & JOINT SPECIALISTS, P.C.**
ORTHOPAEDICS
1500 Ross Clark Circle / 4300 West Main Street, Suite 14
Dothan, Alabama 36301

8/27/04 - Returned call to 585-9696 - & was told pt was
unavailable to come to the phone.
Left message returned her call *SD*

Patient: 199980 EVA W WILLIAMS          09/24/1953  Age: 51
Date   : 10/06/2004                     JAMES P DEHAVEN, MD
_____
Ms. Williams has made a decision to go ahead and scheduled her total
hip arthroplasty. Today we have gone over a lot of the details, we
will schedule for her a right total hip arthroplasty and we will
send her throughout system. I will see her in the clinic
preoperatively to go over the details of surgery, etc. JPD/km

10/26/04 - Pt. Called & asked for leave of absence starting on
10/27/04 until further notice - This was OK'd by
Dr. DeHaven.

12/23/2004  See med sheet — DKG/Williams mcT/mA
12-23-04  See coumadin sheet  — DKG/T. Hooks, LPN
12/30/04. Excuse for work faxed to 585-4729 - *SD*
12/30/04  See Med Tab  *RB*  D. Collins, CMA

Patient: 199980 EVA W WILLIAMS          09/24/1953  Age: 51
Date   : 12/13/2004                     JAMES P DEHAVEN, MD
_____
Ms. Williams was interviewed for a right total hip arthroplasty
tomorrow at Flowers. Today I have gone over the details of the
surgery, the attendant risks, the post operative course and she
wishes me to proceed in the direction of surgery. JPD/sb

1/4/06 see coumadin sheet —————————  JPD/YB

Dr. DeHaven 00020
Eva Williams v. Greater Ga.

AME_____

ACCT. NO._____

**SOUTHERN BONE & JOINT SPECIALISTS, P.C.**
ORTHOPAEDICS
1500 Ross Clark Circle / 4300 West Main Street, Suite 14
Dothan, Alabama 36301

Patient: 199980 EVA W WILLIAMS                09/24/1953  Age: 50
Date   : 07/22/2004                           JAMES P DEHAVEN, MD

This is a 50 year old black female who works at Westpoint Stevens.
She is here today with back pain and right hip and thigh pain for a
year or more. It is progressively getting worse. There is a lot of
pain at night time. When she stands up during the day she has
tremendous problems. She has seen Dr. Meadows who has given her pain
pills.

PAST MEDICAL HISTORY: Significant for hypertension, hyperlipidemia.
She denies diabetes or heart problems.

PHYSICAL EXAMINATION:
Exam shows an obese female whose ROM is somewhat limited, especially
on internal and external rotation. No real tenderness in her back.
Most of the tenderness is in the anterior lateral aspect of her hip.
She is neurologically intact.

X-RAYS:
She came accompanied today with some back x-rays that show some
arthritis in the back and by what I can see of the hip it looks like
she has arthritis.

Today I got a pelvis x-ray, AP and frog leg pelvis included and she
has fairly marked arthritis in the right hip. There is a large cyst
in the femoral head.

IMPRESSION:
Back pain and right hip pain secondary to severe degenerative
arthritis to the hip.

PLAN:
I broached the subject of total hip arthroplasty for this lady and I
think that will be an eventuality for her. To buy a little time and
make her feel better for a time I am going to do an intra-articular
injection with Xylocaine, Marcaine and Betamethasone. I gave her
some pain medicine and a handout on the total hip arthroplasty. She
will think about that and let me know. In the meantime, I will leave
the door open for p.r.n. return. JPD/sb
Cc: Dr. Richard Meadows

8/18/04 - Pt. called asked what other options she has
beside surgery. Dr. DeHaven said she could live c this
nothing else could be done. SB
She will think about this & call us back SB

NAME _Eva Williams_

ACCT. NO. _199980_

**SOUTHERN BONE & JOINT SPECIALISTS**
ORTHOPAEDICS
1500 Ross Clark Circle / 4300 West Main Street, Suite 14
Dothan, Alabama

404 North Main
Enterprise, Alabama 36330

7/25/05 - Pt Called for extended leave of
absence - OK'd by Dr. DeHaven
Mailed to Pt @ P.O. Box 631 Gordonville, Al. 36300

Dr. DeHaven 00022
Eva Williams v. Greater Ga.

*IN DICTATION*
JPD 199980
1/11
Syble

DATE: 1/10/05 13:38     **P A T I E N T   R E P O R T**     PAGE   1
User: PHAYES            **\*\*\*\* FINAL \*\*\*\***
LAKEVIEW COMMUNITY HOSPITAL          LABORATORY WORKSTATION-DESK
820 W WASHINGTON STREET
EUFAULA     AL   36027

NAME: **WILLIAMS EVA**        STATUS: **O/P / LAB**     ADM DATE:   1/10/05
PAT#: 3429087   XREF#:   185259       DOB:   9/24/53     ADM PHYS: DEHAVEN JAMES P
STRT:   1/10/05 13:09       AGE/SEX: 51   /   F     ORD PHYS: DEHAVEN JAMES P
ORD#:      100              MR#: 000083271     FAM PHYS:
CMNT: COL 1200 HHC RECD 1240
SPECIMEN   DT/TM:   1/10/05 12:00    BY: HHC
RECEIVED   DT/TM:   1/10/05 12:40    BY: PH
COMPLETED   DT/TM:   1/10/05 13:38    BY: PH

### COAGULATION DEPARTMENT

| Test Name | Result | Flags | Reference Range | Units |
|---|---|---|---|---|
| **PROTHROMBIN TIME** | | | | |
| PROTHROMBIN TIME | 14.0 | | 10 - 14 | Seconds |
| INR | 1.48 | | | |
| PT CTRL | 12.2 | | 12.0 - 12.9 | Seconds |

*Coumadin 10mg g 48*

Dr. DeHaven 00023
Eva Williams v. Greater Ga.

```
DATE:  1/06/05 17:04        P A T I E N T   R E P O R T                    PAGE
User: PHAYES                     **** FINAL ****                            1
LAKEVIEW COMMUNITY HOSPITAL                          LABORATORY WORKSTATION-DESK
820 W WASHINGTON STREET
EUFAULA      AL  36027

NAME: WILLIAMS EVA            STATUS: O/P / LAB      ADM DATE:  1/06/05
PAT#: 3428853  XREF#:  184900     DOB:  9/24/53      ADM PHYS: DEHAVEN JAMES P
STRT:  1/06/05 16:47          AGE/SEX: 51  / F       ORD PHYS: DEHAVEN JAMES P
ORD#:    100                      MR#: 000083271     FAM PHYS:
CMNT: COLL 1300 HHC RECVD 1450
SPECIMEN  DT/TM:  1/06/05 13:00   BY: HHC
RECEIVED  DT/TM:  1/06/05 14:50   BY: PH
COMPLETED DT/TM:  1/06/05 17:04   BY: PH
```

### COAGULATION DEPARTMENT

| Test Name | Result | Flags | Reference Range | Units |
|-----------|--------|-------|-----------------|-------|
| PROTHROMBIN TIME | | | | |
|   PROTHROMBIN TIME | 13.6 | | | |
|   INR | 1.39 | | 10 - 14 | Seconds |
|   PT CTRL | 12.5 | | 12.0 - 12.9 | Seconds |

*[handwritten]* Coumadin 7.5mg daily

*[handwritten]* ↑ to 10# 7 hs.

*[handwritten]* Harried



## HOME CARE

## Facsimile Transmission

Date: _1/6/5_

To: _DeHaven_

From: HORIZON HOME CARE OF EUFAU

Phone # _____

Phone # _334-687-7641_

Fax # _____

Fax # _334-687-2823_

No of pages (including this sheet) _2_

MESSAGE:

_____

_____

_____

_____

_____

**WARNING:**
The documents accompanying this telecopy transmission contain confidential information belonging the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copy, distribution or action taken in reliance on the content of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

*If you did not receive the complete transmission, please call the number listed above.*

HHC-PC-324

Dr. DeHaven 00025
Eva Williams v. Greater Ga.

Rev. 11/02.

JPD

```
DATE:  1/03/05 17:58          P A T I E N T   R E P O R T                    PAGE      1
User: KDISMUKE                      **** FINAL ****
LAKEVIEW COMMUNITY HOSPITAL
920 W WASHINGTON STREET                          LABORATORY WORKSTATION-DESK
EUFAULA        AL  36027


NAME: WILLIAMS EVA              STATUS: O/P / LAB    ADM DATE:  1/03/05
PAT#: 3428528   XREF#:  184498     DOB:  9/24/53    ADM PHYS: DEHAVEN JAMES P
STRT:  1/03/05 17:22           AGE/SEX:  51 / F     ORD PHYS: DEHAVEN JAMES P
ORD#:   100                        MR#: 000083271   FAM PHYS:
CMNT: COLL 1430 HHC RCV 1615
SPECIMEN  DT/TM:  1/03/05 14:30    BY: HHC
RECEIVED  DT/TM:  1/03/05 16:15    BY: KM
COMPLETED DT/TM:  1/03/05 17:58    BY: KM


                  COAGULATION DEPARTMENT
--------------------------------------------------------------------
  Test Name            Result    Flags    Reference Range Units
--------------------------------------------------------------------
PROTHROMBIN TIME
  PROTHROMBIN TIME       12.6               10  -   14 Seconds
  INR                    1.18
  PT CTRL                12.3             12.0  - 12.9 Seconds

--------------------------------------------------------------------
```

*Coumadin 5mg alternating c̄ 7.5mg nightly*

Dr. DeHaven 00026
Eva Williams v. Greater Ga.

# HORIZON
## HOME CARE

### Facsimile Transmission

**Date:** 11/4/15

**To:** Dehaven

**Phone #** _____

**Fax #** _____

**No of pages (including this sheet)** 2

**From:** HORIZON HOME _____ OF BUFA__

**Phone #** 334-687-76__

**Fax #** 334-687-282_

### MESSAGE:

_____

_____

_____

_____

_____

**WARNING:**
The documents accompanying this telecopy transmission con____ ___fidential information belonging the sender that is legally privileged. Th__ _____mation is intended only for the use of the individual or entity named abov_ ___ __ a__ not the intended recipient, you are hereby notified that any ____ ___re, _opy, distribution or action taken in reliance on the content of the _____ments is strictly prohibited. If you have received this telecopy in error, ____ ___tify the sender immediately to arrange for return of these documents.

*If you did not receive the complete transmission, please call the number listed*

HHC-PC-32__

Dr. DeHaven 00027
Eva Williams v. Greater Ga.

DATE:  1/06/05 17:04          **P A T I E N T   R E P O R T**          PAGE    1
User: PHAYES                        **** FINAL ****
LAKEVIEW COMMUNITY HOSPITAL                    LABORATORY WORKSTATION-DESK
820 W WASHINGTON STREET
EUFAULA      AL  36027

NAME: **WILLIAMS EVA**                STATUS: **O/P / LAB**   ADM DATE:  1/06/05
PAT#: 3428853  XREF#:  184900          DOB:  9/24/53   ADM PHYS: DEHAVEN JAMES P
STRT:  1/06/05 16:47           AGE/SEX: 51  / F   ORD PHYS: DEHAVEN JAMES P
ORD#:    100                        MR#: 000083271   FAM PHYS:
CMNT: COLL 1300 HHC RECVD 1450
SPECIMEN  DT/TM:  1/06/05 13:00    BY: HHC
RECEIVED  DT/TM:  1/06/05 14:50    BY: PH
COMPLETED DT/TM:  1/06/05 17:04    BY: PH

### COAGULATION DEPARTMENT
-----------------------------------------------------------------------------

| Test Name | Result | Flags | Reference Range | Units |
|-----------|--------|-------|-----------------|-------|
| PROTHROMBIN TIME | | | | |
| PROTHROMBIN TIME | 13.6 | | 10 - 14 | Seconds |
| INR | 1.39 | | | |
| PT CTRL | 12.5 | | 12.0 - 12.9 | Seconds |

-----------------------------------------------------------------------------

*Coumadin 7.5mg daily*

Dr. DeHaven 00028
Eva Williams v. Greater Ga.



## HORIZON
### HOME CARE

## Facsimile Transmission

Date: _1/6/5_

To: _DeHaven_

Phone # _____

Fax # _____

No of pages (including this sheet) _2_

From: HORIZON HOME CARE OF EUFAUI

Phone # 334-687-7641

Fax # 334-687-2823

**MESSAGE:**

_____

_____

_____

_____

_____

**WARNING:**
The documents accompanying this telecopy transmission contain confidentia
information belonging the sender that is legally privileged. This information i:
intended only for the use of the individual or entity named above. If you are no
the intended recipient, you are hereby notified that any disclosure, copy
distribution or action taken in reliance on the content of these documents i
strictly prohibited. If you have received this telecopy in error, please notify th
sender immediately to arrange for return of these documents.

_If you did not receive the complete transmission, please call the number listed above._

HHC-PC-324                                    Rev. 11/02

Dr. DeHaven 00029
Eva Williams v. Greater Ga.

*199980*
*Theresa/00*

DATE: 12/23/04 15:20          **P A T I E N T   R E P O R T**          PAGE    1
User: AHOUSTON                      **** FINAL ****
LAKEVIEW COMMUNITY HOSPITAL                    LABORATORY WORKSTATION-DESK
820 W WASHINGTON STREET
EUFAULA    AL  36027

NAME: **WILLIAMS EVA**              STATUS: O/P / LAB    ADM DATE: 12/23/04
PAT#: 3427807  XREF#:  183263        DOB:  9/24/53    ADM PHYS: DEHAVEN JAMES P
STRT: 12/23/04 15:07            AGE/SEX: 51 / F      ORD PHYS: DEHAVEN JAMES P
ORD#:    100                         MR#: 000083271  FAM PHYS:
CMNT: COLL 1335 HHC RCV 1428
SPECIMEN  DT/TM: 12/23/04 13:35     BY: HHC
RECEIVED  DT/TM: 12/23/04 14:28     BY: AH
COMPLETED DT/TM: 12/23/04 15:20     BY: AH

                         **COAGULATION DEPARTMENT**
--------------------------------------------------------------------------------
   Test Name                  Result     Flags     Reference Range Units
--------------------------------------------------------------------------------
ROTHROMBIN TIME
   PROTHROMBIN TIME             12.7                   10 -    14 Seconds
   INR                          1.20
   PT CTRL                      12.3                 12.0 -  12.9 Seconds

--------------------------------------------------------------------------------

*Coumadin 5mg 8 hs*



# HOME CARE

## Facsimile Transmission

**Date:** 12/23

**To:** Dr Dehaven

**From:** HORIZON HOME CARE OF EUFAUI

**Phone #** _____

**Phone #** 334-687-7641

**Fax #** _____

**Fax #** 334-687-2823

**No of pages (including this sheet)** 2

**MESSAGE:**

_____

_____

_____

_____

_____

**WARNING:**
The documents accompanying this telecopy transmission contain confidential information belonging the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copy, distribution or action taken in reliance on the content of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

*If you did not receive the complete transmission, please call the number listed above.*

HHC/PC-324  Rev. 11/02

Dr. DeHaven 00031
Eva Williams v. Greater Ga.

*JPD*
*12/13 1-11-05*
*JPD*

# FLOWERS
# HOSPITAL

## TISSUE REPORT

**PATHOLOGISTS**

RICHARD D. KEY, M.D.
TIMOTHY W. McNEELY, M.D.
C. JOYCE GREATHOUSE, M.D.

4370 W. MAIN STREET
POST OFFICE BOX 6907
DOTHAN, ALABAMA 36302
334/793-6000

---

**PATIENT:    WILLIAMS, EVA**

**PATHOLOGY # : 04S-9546**

**DATE:  12/14/2004**

**AGE:  51    SEX: F    RACE:    DOB: 09/24/1953**

**MR #:  262705**

**HOSPITAL #:  0429900232**

**SURGEON:  DeHaven**

**FACILITY:  Flowers Hospital**

---

CLINICAL HISTORY:

PRE-OPERATIVE DIAGNOSIS: DJD right hip

RECEIVED: 12/14/2004

POST-OPERATIVE DIAGNOSIS: Same

REPORTED: 12/20/2004

SPECIMEN:  Right femoral head

GROSS:  The specimen is received in formalin labeled right femoral head.  The specimen consists of a femoral head measuring 5.3 cm in diameter and up to 3.5 cm in height.  There is marked erosion of the articular surface associated with irregular, pale tan thickening of bone.  The margin has a sawed appearance.  There are multiple fragments of unattached red-tan spongy bone measuring 6 x 6 x 1.5 cm in aggregate dimensions.  Two representative sections of the femoral head including articular surface will be submitted in cassettes 1 and 2 following fixation and calcification.  CJG/dh

---

**FINAL DIAGNOSIS:    Right femoral head:  Changes consistent with severe degenerative joint disease**

CJG/cdj
JOB #:  19395 / 20875

C. Joyce Greathouse, M.D.
Electronically signed 12/20/2004 04:37

Dr. DeHaven 00032
Eva Williams v. Greater Ga.

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS WHOSE CONFIDENTIALITY IS PROTECTED BY STATE STATUE. STATE REGULATIONS LIMIT YOUR RIGHT TO MAKE ANY FURTHER DISCLOSURES OF THIS INFORMATION WITHOUT THE PRIOR WRITTEN CONSENT OF THE PATIENT/CLIENT TO WHOM IT PERTAINS.

11:30 06/10/2004  >>>>C O P Y<<<<

PELVIC USD

SOUTHEAST ALABAMA MEDICAL CENTER
DOTHAN, ALABAMA
MILTON LENNICK, M.D. - GEORGE VEALE, M.D.
M. DOWNING, M.D. - S.N. TURNER, M.D. - H. HOLLOWAY, M.D.
W. BECKETT, JR., M.D. - R. SYKLAWER, M.D.
DAVID A. BRINK, M.D. - C. AHMED, M.D. - ERIC LUND, M.D.
JULIA ALEXANDER, M.D. - STEPHEN FERNANDEZ, M.D.
Radiologists

U L T R A S O U N D   R E P O R T

DATE/TIME TRANSCRIBED: 06/08/2004  1610
NAME:           WILLIAMS, EVA JEWEL              ROOM#: OP
DOB:            09/24/1953                       AGE: 50
XRAY#/MR#:      200438                           ACCT#: 2441017
ATTENDING PHYSICIAN: DR. MEADOWS, R.V.           ORD#: 4797531
CPT CODE:       76856
CLINICAL INFORMATION:

EXAM REQUESTED:     PELVIC USD

EXAM DATE:          06/08/2004                   PT TYPE:

PROCEDURE:     PELVIC ULTRASOUND
HISTORY:       BACK PAIN  ABNORMAL XRAY. PATIENT APPARENTLY HAD AN
   OUTSIDE PLAIN FILM OF THE ABDOMEN WITH AN AREA IN THE PELVIS MARKED
   ON THE FILM, FILM WAS DATED 5/25/04
COMPARISON:
TECHNIQUE:     MULTIPLE REAL TIME IMAGES OF THE PELVIS

FINDINGS:      The uterus measures approximately 9.2 cm's in length.
There are some tiny echogenic foci present somewhat shadowing compatible
with small calcifications in the uterus.  Ovaries appeared unremarkable.
Tiny cyst or follicle in the right ovary.  No free fluid in the cul-de-
sac.  No obvious pelvic mass identified by ultrasound.  Endometrial
stripe approximately 1.8 mms combined thickness.

IMPRESSION:
1.   A FEW SMALL CALCIFICATIONS  IN THE UTERUS PROBABLY REPRESENTING
     SOME EARLY FIBROID TYPE CHANGES ALTHOUGH DISCRETE FIBROID NOT
     CLEARLY IDENTIFIED OTHERWISE.
2.   TINY FOLLICLE RIGHT OVARY.  OTHERWISE UNREMARKABLE PELVIC
     ULTRASOUND.


_____
RICARDO SYKLAWER, MD

^1
^2
\: r2        /:   685           DD: 06/08/2004    DT: 06/08/2004
             ID: 001347019      TD: 1519          FC: @
cc: CHARGE COPY (99040)
fx: R.V. MEADOWS, D.O. (90143)
>

Dr. DeHaven 00033
Eva Williams v. Greater Ga.

{eop}   WILLIAMS, EVA JEWEL              200438



# FAMILY PRACTICE CENTER
## of ABBEVILLE, P.A.

RICHARD L. BENDINGER, D.O.
RICHARD V. MEADOWS, D.O.

217 DOTHAN ROAD
ABBEVILLE, AL 36310
(334) 585-6421

---

### X-RAY REPORT

---

| Family Name | First Name | Middle Name |
|---|---|---|
| *William* | *Eva* | |

Type of X-Ray  *L - spine*

Physician  *Meadows*

X Ray Number  *04-519*        Date  *5/25/04*

REPORT:

LUMBOSACRAL SPINE: There is narrowing of the L4/5 intervertebral space.
There's spurs forming along the margins of the lumbar vertebral bodies at
the L2/3, L3/4 and L4/5 intervertebral spaces.  The sacroiliac joints are
normal.

Impression:  Spur formation.
2. No fractures.
3. Narrowing of the L4/5 intervertebral space.
4. Suggestion of a pelvic mass which may be a distended urinary bladder.
Suggest pelvic ultrasound.
5. Degenerative changes in both hips.

Dudley G. Terrell, M.D./sm
D&T: 05/27/04

*Sched pelvic US*

Dr. DeHaven 00034
Eva Williams v. Greater Ga.

**PROGRESS NOTES**

Medi-Forms™
BY MEDI-SCRIPTS®
1-800-387-3636 © 1998

NAME _____
DATE _____ SS# _____
ADDRESS _____
OCCUPATION _____ PHONE (HOME) _____
(WORK)_____ DATE OF BIRTH _____ AGE _____
DRUG ALLERGIES _____

*Eva Williams*

| DATE | NOTES |
|---|---|
| 6/22/04 3:05 | BP 110/78   T 95.8°   WT 231   allergies: NKA |

c/o back aches, radiates
to both legs now
talk about US results

rx/meds: Diovan 80/12.5
Naprosyn 325
Zevon 40g
Ultracet 1-2 q 8h prn
Evista 60 mg ; qd

No relief Naprosyn
Colchex, Bextra

— SLR Bilat

D/C Naprosyn

Refer Ortho

wt loss
exercise
Back exercise

FH - around lunch Vioxx 25 ; qd pr

Send films

07-22 @ 1:15

Dr. DeHaven

MFR12H10

Dr. DeHaven 00035
Eva Williams v. Greater Ga.


Please visit our Web site at
www.nexium-us.com

AstraZeneca


Nexium
(esomeprazole magnesium)

1/11/05  JP

# FLOWERS HOSPITAL, INC.
4370 WEST MAIN STREET                    DOTHAN, ALABAMA 36305

OPERATIVE REPORT
(334) 794-5000 ext 1177

PATIENT NAME:   WILLIAMS, EVA                MEDICAL RECORD #:  262705

OPERATIVE DATE:   12/14/2004                 PHYSICIAN:  James Dehaven, MD

DOB:   09/24/1953                            ROOM #:  523-P
SSN:   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

---

PAGE 1

PREOPERATIVE DIAGNOSIS: Degenerative joint disease, right hip.

Dr. DeHaven 00036
Eva Williams v. Greater Ga.

SURGEON: Dr. Dehaven.
ASSISTANT: Dr. Lolley.
ANESTHESIA: Spinal.
MATERIALS FORWARDED TO LABORATORY: The right femoral head.

OPERATIVE DIAGNOSIS: Degenerative joint disease, right hip.

OPERATION PERFORMED: Right total hip arthroplasty using a DePuy 56 mm. series 300
cup with apex hole eliminator and 28 mm. Marathon plastic liner.  Femoral size was
13.5 small stature AML stem with a +1.5 28 mm. ceramic Articul/Eze ball.

DESCRIPTION: This patient was taken to the operating room where spinal anesthesia
was obtained. She was placed in the left lateral decubitus position on a Montreal
positioning device and secured with an axillary roll.  The right lower extremity
was prepped and draped in the usual fashion. An incision was then made over the
lateral aspect of the right hip, carried down through skin and subcutaneous tissue.
The iliotibial band and tensor fascia was split longitudinally for the length of
the wound and Charnley bow retractor was placed.  The anterior portion of the
gluteus medius was then detached along with the greater trochanter and allowed to
retract anteriorly and superiorly.  The joint capsule was freed along the anterior,
superior, and inferior femoral neck and split in a T-type fashion up to the
acetabulum. The hip was then dislocated. A very valgus unusual formed femoral neck
and ball; therefore, I made a real high cut because the tip of the greater
trochanter was about at the inferior aspect of the acetabulum rather than the
center and then I had to trim off some osteophytes in that area.  I placed
retractors into the acetabulum and debrided the labrum.  The transverse acetabular
ligament was released.  The pulvinar area was then curetted. Small reamers were
then used to ream back to roughened bleeding bone and then progressively reamed up
to a 54 mm. diameter.  Trialed 54 mm. fit very nicely.  It was then removed.  The
cup was irrigated with a Pulsavac. A 56 mm. series 300 cup and DePuy was then
hammered into the cup until fully seated. Provisional liner was then placed into
the cup.  The proximal femur was approached by using the box chisel to make the
initial cut.  T-handled reamer defined the canal and then progressively reamed to a
13-0 to accept a 13.5 prosthesis.  Broached all the way to the 13.5, calcar reamer
was used to smooth the calcar area and then a provisional neck and short ball was
placed.  The hip was then reduced and excellent range of motion, stability and leg
length.  It was then dislocated. The provisional components were removed and apex
hole eliminator was placed into the acetabulum and then a 28 mm. Marathon liner was
then placed into the cup and hammered until fully seated.  The proximal femur was

---

OPERATIVE REPORT                                          PHYSICIAN COPY
PATIENT:  WILLIAMS, EVA



THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS WHOSE
CONFIDENTIALITY IS PROTECTED BY STATE STATUS. STATE REGULATIONS LIMIT
YOUR RIGHT TO MAKE ANY FURTHER DISCLOSURES OF THIS INFORMATION WITHOUT

# FLOWERS HOSPITAL, INC.

**OPERATIVE REPORT**

4370 WEST MAIN STREET        DOTHAN, ALABAMA 36305        (334) 794-5000 ext 1177

PATIENT NAME:  WILLIAMS, EVA        MEDICAL RECORD #:  262705

OPERATIVE DATE:  12/14/2004        PHYSICIAN:  James Dehaven, MD

DOB:  09/24/1953        ROOM #:  523-P
SSN:  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

PAGE 2

then copiously irrigated with the Pulsavac. A 13.5 small stature AML stem was then placed down the proximal femur until fully parked at the calcar. Again, provisional short ball was the best for leg length and stability. It was then dislocated and the Morse taper cleaned and a 28 mm. ceramic ball was placed on the Morse taper and tapped until fully seated. The hip was then reduced. Joint capsule was repaired using interrupted #1 Vicryl suture. The gluteus medius was then reattached using through bone interrupted #1 Vicryl and further reinforced with running #1 Vicryl. The iliotibial band and tensor fascia was then closed using interrupted running #1 Vicryl suture. The subcutaneous tissue closed with interrupted 2-0 Vicryl, and skin closed with staples. Sterile bulky dressing is applied to the wound and she was rolled back to the supine position and taken to the recovery room in stable condition.

jap
D:  12/14/2004
T:  12/15/2004                _____
                                 James Dehaven, MD

Dr. DeHaven 00037
Eva Williams v. Greater Ga.

OPERATIVE REPORT
PATIENT:  WILLIAMS, EVA

**PHYSICIAN COPY**

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS WHOSE
CONFIDENTIALITY IS PROTECTED BY STATE STATUE. STATE REGULATIONS LIMIT
YOUR RIGHT TO MAKE ANY FURTHER DISCLOSURES OF THIS INFORMATION WITHOUT

*179980*

# FLOWERS HOSPITAL, INC.

4370 WEST MAIN STREET                    DOTHAN, ALABAMA 36305

**DISCHARGE SUMMARY**
(934) 794-5000 ext 1177

PATIENT NAME:   WILLIAMS, EVA
ADMIT DATE:          12/14/2004
DISCHARGE DATE:   12/17/2004

DOB:   09/24/1953
SSN:   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

MEDICAL RECORD #:   262705

PHYSICIAN:   James Dehaven, MD

ROOM #:   523-P

---

PAGE 1

---

DIAGNOSIS:  Degenerative arthritis right hip.

PROCEDURE:  Right total hip arthroplasty.

HISTORY:  Fifty-one year old with a painful right hip due to degenerative arthritis.  Is admitted for surgical intervention.  Underwent the above procedure and tolerated this well.  On postop day #1 she was alert, temp was 102, dressing was dry, hematocrit was 30.5, INR 1.24.  Will begin mobilization.  Continue incentive spirometry.  On postop day #2 the fever resolved, the wound was clean, the dressing was changed.  Hematocrit is stable.  She has ambulated six feet.  IV and Foley were discontinued.  By postop day #3 she has ambulated 40 feet, the wound is clean, she is ready for discharge home.  Follow-up in the clinic on 01/11.

DISCHARGE MEDICATIONS:  Lorcet Plus and Coumadin.

Home health for routine total hip protocol.

FINAL DIAGNOSES:
1.   Degenerative arthritis right hip requiring total hip arthroplasty.
2.   Postoperative fever, resolved.
3.   Hypertension.

kht
D:   05/13/2005
T:   05/16/2005

_____
James Dehaven, MD
Dictated by Beverly Coe, R.N.

Dr. DeHaven 00038
Eva Williams v. Greater Ga.

**PHYSICIAN COPY**

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS WHOSE CONFIDENTIALITY IS PROTECTED BY STATE STATUE.  STATE REGULATIONS LIMIT YOUR RIGHT TO MAKE ANY FURTHER DISCLOSURES OF THIS INFORMATION WITHOUT THE PRIOR WRITTEN CONSENT...

| 12/14/04 6619 | | F | 2 | M | 09/24/53 | 51Y | 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 | FULL TIME | |

**PATIENT**
WILLIAMS, EVA J
149 CO 251
PO BOX 631
ABBEVILLE    AL   36310       PHONE  (334)585-9696

**EMPLOYER**
WESTPOINT STEVENS
OZARK RD
ABBEVILLE    AL   36310       PHONE  (334)585-2211

| SMK VETERAN | OCCUPATION | BRANCH OF SERVICE | PAY GRADE | MILITARY STATUS |
| U  NO | | | | |

## DISCHARGE STATUS

DATE  12-17-04   HOUR  1500

☒ ROUTINE (HOME)
☒ HOME HEALTH CARE
☐ AMA
☐ TRANSFERRED TO (SPECIFY):
   Horizon

## EXPIRED

☐ OVER 48 HOURS
☐ UNDER 48 HOURS
☐ AUTOPSY
☐ IN OPERATING ROOM
☐ POST_OP DEATH
☐ CORONER'S CASE

### FINAL DIAGNOSIS

| | CODES |
|---|---|
| **PRINCIPAL:**   DJD ® Hip | 715.35 |
| **OTHER DIAGNOSIS AND MANIFESTATIONS:** | |
| Arthritis of Back | 721.90 |
| HTN | 401.9 |
| Hyperlipidemia | 272.4 |
| Obesity | 278.00 |

### OPERATIONS AND PROCEDURES

| DATES | PRINCIPAL (SPECIFY DATES): | | CODES |
|---|---|---|---|
| 12/14/04 | **OTHER (SPECIFY DATES):** ® Total Hip Arthroplasty | Dehaven | 81.51 |
| | | | 0121421 |
| | | | KClark |

### CONSULTING PHYSICIAN/RESIDENTS

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|

| ASSEMBLED | CODED | ABSTRACTED | COPY | EVAL | FINAL CHECK |
|---|---|---|---|---|---|
| JB | JAf | JAf | | | |

SIGNATURE OF ATTENDING PHYSICIAN        DATE
Dehaven                                 12/21/04

Dr. DeHaven 00039
Eva Williams v. Greater Ga.

FL BU 6230 (Rev 12-96)  ADMISSION FORM



*PH 980*
*1-11-05*
*JPD*

Dr. DeHaven 00040
Eva Williams v. Greater Ga.

**WILLIAMS, EVA J**
09/24/53  51Y    F   02
DEHAVEN, JAMES P        I/P
**04299-00232**
12/14/04 0519

*Flowers Hospital*
Dothan, Alabama

0000262705

## Discharge Planning Summary
## PLEASE PRINT – DO NOT USE ABBREVIATIONS

| | | Medication and Food/Drug Education |
|---|---|---|
| Lorcet plus 7.5mg | take one - two pills every 4-6 hours as needed for pain | |
| Coumadin 5mg | take one pill every night | |
| | | |
| | | |
| | | |

**DEPARTMENT: NURSING** – Contact your physician should pain continue to be uncontrolled with the prescribed treatment.
Keep incision clean and dry report any signs of redness, drainage, swelling, temp or tot. call or able to Dr. DeHaven

**DEPARTMENT:**

**DEPARTMENT:**

**DEPARTMENT:** Horizon Home Health - 687-7641 or 1-800-239-7641
Call when you get home.

**You have the following appointment(s) scheduled for you. If you have questions, please contact the Physician's office.**

| Physician / Phone Number | Date | Time | Office Location |
|---|---|---|---|
| Dr. DeHaven 793-2663 | Jan. 11 | 9:45 | Ross Oak Circle |

**Last Vital Signs: T _____ P _____ R _____ BP _____ Pain _____**  IV Equipment / IV / Heplock Discontinued

Patient and / or responsible party has communicated an understanding of the instructions given.

*Eva Williams* _____ Date _____
**Patient or Responsible Party (Signature)**

*Josephine Wenk* 12/17/04
**Employee Completing Summary (Signature)** Date

FLOWERS HOSPITAL
Physician Facesheet Admission Report
For Admits of 12/14/2004
***DISTRIBUTE TO MEDICAL RECORDS - SANDRA*** Printed on 12/15/2004 at 04:00 AM

Name: WILLIAMS,EVA J        Acct Nbr: 0429900232    SSN: 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  Admit Date: 12/14/2004  Discharge Date:
dress: 149 CO 251 ABBEVILLE, AL 36310                    Phone Nbr: (334)585-9696  Pat Type: I/P  Fin Class: 02
mit Dr: DEHAVEN,JAMES P         Working Diagnosis: DJD RT HIP
agnosis Code: DJD RT HIP                   Sex: F  Race: BLACK              Marital Status: MARRIED
rthdate: 09/24/1953

arantor Name: WILLIAMS,EVA J            Addr line 1: 149 CO 251              Addr line 2: PO BOX 631
cy, St Zip: ABBEVILLE, AL  36310
rantor Relation to Patient: SELF          Phone #: (334)585-9696  Birthdate: 09/24/1953  SSN: 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
ployer: WESTPOINT STEVENS            Empr Phone: (334)585-2211  Empl ID #:
or Address: OZARK RD , ABBEVILLE , AL , 36310
lative: WILLIAMS,JAMES JR         Rel Phone: (334)585-9696  Relation: SPOUSE
dress: PO BOX 631, ABBEVILLE, AL   36310

1 Carrier/Group Name: BLUE CROSS FEDERAL/CIVIL SERVICE              Policy Nbr: R58087614
Nbr: 105          Group Phone: (800)492-8872  Address: PO BOX 2511 BIRMINGHAM AL  35298
Code: 201001  Name:   BLUE CROSS FEDERAL
sured Name: WILLIAMS,JAMES,JR          SSN: 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  Birthdate: 02/02/1955

2 Carrier/Group Name: BLUE CROSS 1500 PLAN/CIVIL SERVICE            Policy Nbr: R58087614
oup Nbr: 105          Group Phone: (800)492-8872  Address: PO BOX 2511 BIRMINGHAM AL  35298
an Code: 201500  Name:   BLUE CROSS 1500 PLAN
sured Name: WILLIAMS,JAMES,JR          SSN: 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  Birthdate: 02/02/1955

3 Carrier/Group Name: /                                  Policy Nbr:
oup Nbr:              Group Phone:          Address:
an Code:       Name:
sured Name:                    SSN:        Birthdate:

4 Carrier/Group Name: /                                  Policy Nbr:
oup Nbr:              Group Phone:          Address:
an Code:       Name:
ed Name:                      SSN:        Birthdate:

Dr. DeHaven 00041
Eva Williams v. Greater Ga.

199980 JPD12/13
apt. 1/11/05 JPD

# FLOWERS HOSPITAL, INC.

**HISTORY AND PHYSICAL**

4370 WEST MAIN STREET                    DOTHAN, ALABAMA 36305                    (334) 794-5000 ext 1177

PATIENT NAME:  WILLIAMS, EVA                    MEDICAL RECORD #:  262705

ADMIT DATE:  12/14/2004                          PHYSICIAN:  James Dehaven, MD

DOB:  09/24/1953                                 ROOM #:  523-P
SSN:  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

---

PAGE 1

CHIEF COMPLAINT: Right hip pain.

HISTORY:  This is a 51 year old black female with chronic severe degenerative arthritis of the right hip having failed conservative therapy. She is being admitted for right total hip arthroplasty on 12/14/04.

PAST SURGICAL HISTORY:  She has had no prior surgery.

MEDICAL PROBLEMS: Include hypertension, hyperlipidemia, "arthritis", and obesity.

MEDICATIONS:   Zocor and Premarin.

ALLERGIES: Aspirin.

REVIEW OF SYSTEMS: Otherwise negative.

PHYSICAL EXAMINATION: Shows an obese, black female in no acute distress.
HEENT: Shows nothing acute.
CHEST: Lungs are clear.
HEART: Regular rate and rhythm.
ABDOMEN:   Benign.
EXTREMITIES: Show fairly good flexion/extension of the hip.  External rotation is not bad. Internal rotation is nonexistent.
NEUROLOGIC: Grossly intact.

ADMISSION DIAGNOSIS:  Degenerative joint disease, right hip severe.

PLAN: Right total hip arthroplasty on 12/14/04. In the office, I have gone over the details of surgery, the attendant risks, the postoperative course, and she wishes me to proceed in the direction of surgery.


lkl
D:   12/14/2004
T:   12/15/2004                          _____
                                          James Dehaven, MD

Dr. DeHaven 00042
Eva Williams v. Greater Ga.

---

HISTORY AND PHYSICAL
PATIENT:  WILLIAMS, EVA

**PHYSICIAN COPY**

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS WHOSE
CONFIDENTIALITY IS PROTECTED BY STATE STATUE. STATE REGULATIONS LIMIT
YOUR RIGHT TO MAKE ANY FURTHER DISCLOSURES OF THIS INFORMATION WITHOUT

# *Flowers Hospital*
## Physicians Order

| PATIENT NAME *Eva Williams* | | DOB 9/24/53 |
| SCHEDULED SURGERY DATE *12.14.04* | TIME TO ARRIVE *5:30 Am* | PHONE NUMBER *334.585.9696* |
| DIAGNOSIS (ESSENTIAL FOR REGISTRATION) *DJD Rt. Hip* | | |
| PRECERTIFICATION NUMBER | | |
| ALLERGIES: *ASA* | | |

TOTAL HIP/TOTAL KNEE          SOUTHERN BONE & JOINT SPECIALISTS

[X] **INPATIENT ADMISSION**

Admission Type:
___ Elective
___ Urgent
___ Emergency

[ ] **OUTPATIENT SURGERY**

ADMIT DATE: *12/14/04*

Dr. *DeHaven*

Lab: CBC, U/A, PT & PTT, SMA 18

CXR          *Routine Preop*

EKG

Type & Cross for _____ units PRBC's

Permit for: *Right Total Hip Arthroplasty*

Anesthesia to see for pre-op

Diet - Regular then NPO after midnight

Eggcrate

Overbed frame with trapeze bar

Physical therapy to see for pre-op evaluation

Elevated commode seat for post-op

Betadine scrub to *Right Hip* BID

Sterile shave and pre pre-op at 5:00 in a.m.

Old chart to floor see for pre-op evaluation

Identify and list home meds: _____

Consult Dr. _____

Medications: *Ancef 1 gram IV to OR*

*PO. appl Tues Jan 11th at 945 Randyee Builder RCC office*

Dr. DeHaven 00043
Eva Williams v. Greater Ga.

_____ M.D.

SOUTHERN BONE & JOINT SPECIALISTS, P. C.
PRE-OP HISTORY AND PHYSICAL

PT. NAME: _Eva Williams_    DATE: _11/30/04_  DOB: _9/24/53_

ACCT#: _199980_    SURGERY DATE: _12/14/04_    FACILITY: _Fitt._

SURGEON: _DeHaven_  ASST/CO-SURGEON: _____  ANESTHESIA: _Choice_

HISTORY OF PRESENT ILLNESS: _51 y.o. BF c̄ 90 ® hip pain_
_2° to deg. arth_

PMH: MEDS: _Zocor_    ALLERGIES: _ASA_
_Premarin_
_Avalide 150/12.5_
_Prempro 0.3mg_

SURG HX: _none_        MED HX: _HTN_
_Hyperlipidemia_
_Arthritis_

SOCIAL HX: _Divorced - machine operator_  SMOKE: _Ø_  ETOH _Ø_

PE: HEENT: _WNL_

CHEST: CLEAR TO AUSCULTATION _✓_ WHEEZES _____ RHONCHI _____
DECREASED BREATH SOUNDS _____

CVS: RRR _✓_ IRREGULAR _____ MURMER _____

ABD: SOFT & NONTENDER _____ BS _____ DISTENDED _____

MUSCLO: _NVI_

OTHER: _see office notes_

Dr. DeHaven 00044
Eva Williams v. Greater Ga.

PROCEDURE PLANNED: _® THA_

THE ABOVE PROCEDURE, RISK, POSSIBLE COMPLICATIONS HAVE BEEN DISCUSSED WI
PATIENT AND/OR FAMILY AND THEY WISH TO PROCEED.

_____
PHYSICIAN'S SIGNATURE

WILLIAMS,EVA J
09/24/53 51Y F 02
DEHAVEN,JAMES P PAT
04299-00232
10/25/04 11:23
0000262705

# *Flowers Hospital*
## Physicians Order

PATIENT NAME *Eva Williams*    DOB 9/24/53

SCHEDULED SURGERY DATE 12.14-04    TIME TO ARRIVE 5:30 Am    PHONE NUMBER 334. 585-9696

DIAGNOSIS (ESSENTIAL FOR REGISTRATION) *DJD Rt. Hip*

PRECERTIFICATION NUMBER

ALLERGIES: *ASA*

---

980767
TOTAL HIP/TOTAL KNEE                    SOUTHERN BONE & JOINT SPECIALISTS

---

☒ **INPATIENT ADMISSION**

ADMIT DATE: *12/14/04*

Dr. _____ *DeHaven*

Admission Type:
___ Elective
___ Urgent
___ Emergency

☐ **OUTPATIENT SURGERY**

Lab: CBC, U/A, PT & PTT, SMA 18

CXR    *Routine Preop*

EKG

Type & Cross for _____ units PRBC's

Permit for: *Right Total Hip Arthroplasty* _____

Anesthesia to see for pre-op

Diet - Regular then NPO after midnight

Eggcrate

Overbed frame with trapeze bar

Physical therapy to see for pre-op evaluation

Elevated commode seat for post-op

Betadine scrub to *Right Hip* _____ BID

Sterile shave and pre pre-op at 5:00 in a.m.

Old chart to floor see for pre-op evaluation

Identify and list home meds:_____

Consult Dr._____

Medications: *Ancef 1 gram IV to OR*
*P.O. appt Tues Jan 11th at 945 Randice Buredin RSC office*

Dr. DeHaven 00045
Eva Williams v. Greater Ga.

_____ M.D.

SENDING REPORT

Oct. 25 2004 10:29AM

YOUR LOGO   : SOUTHERN BONE & JOINT
YOUR FAX NO. : 334-836-2271

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|-----|-----------------|------------|------------|------|-------|--------|
| 01  | 96158489        | Oct. 25 10:28AM | 00'57 | SND | 01 | OK |

TO TURN OFF REPORT, PRESS 'MENU' #04.
THEN SELECT OFF BY USING '+' OR '-'.

FOR FAX ADVANTAGE ASSISTANCE, PLEASE CALL 1-800-HELP-FAX (435-7329).

Dr. DeHaven 00046
Eva Williams v. Greater Ga.

## SCHEDULING SURGERY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PATIENT NAME: *Eva Williams*

PATIENT NUMBER: *199980*       DATE OF BIRTH: *9/29/53*

SOCIAL SECURITY NUMBER: _____

ADMIT DATE: *12-14-04*       SURGERY DATE: *12 / 14 / 04*

SURGERY TIME: *715*       ADMIT TIME: *5:30*

PROCEDURE: *Total (R) ~~Knee~~ Hip*

TYPE OF COMPONENTS: *Howmedica*       NPO AFTER: _____

DIAGNOSIS: *DJD - Rt ~~Knee~~ Hip*

ANESTHESIA: *Choice*       FACILITY: *~~Baptist~~ Lanier Flowers*

DOCTOR: *DeHaven*       ASSISTANT: _____

AUTOLOGOUS: _____       DIRECTED: _____       BLOOD BANK: _____

INPATIENT: _____✓_____       OUTPATIENT: _____       SD3: _____

PRE-OP WITH DOCTOR: *QR 12/13/04 10°⁰*  PRE-OP WITH BEV/CINDY: _____

POSTOP APPOINTMENT IN: ____ 1 WEEK ____ 10 DAYS

_____ (SPECIFY HOW MANY DAYS AFTER SURGERY FOR APPT.)

DATE *10/11/04*

SCH WITH *Juanita*   FH _____   SAMC _____

PREADM *11/30/04 1°⁰*  ORDERS _____   FAX _____

LETTER *mailed 10/25/04*   H&P _____   COMP _____

PROS _____   BEV _____   CINDY _____

PRECERT _____   RC _____

*Pt- notified of pre op appt & anes- for surg 10/25/04*

Dr. DeHaven 00047
Eva Williams v. Greater Ga.

**SOUTHERN BONE & JOINT SPECIALISTS, P.C.**
**SURGERY INSTRUCTIONS**

NAME: *Eva W. Williams* _____ CHART #: *199980* _____

PROCEDURE: *Right Total Hip Arthroplasty* _____

## 1. PRE-ADMIT / ANESTHESIA APPOINTMENT:

(    )  The pre-admit/anesthesia clinic of Southeast Alabama Medical Center is located on the first floor of the outpatient services tower.  Parking is located directly in front of the outpatient tower.

( X )  The pre-admit/anesthesia assessment of Flowers Hospital is located at the outpatient surgery area registration.

Bring all medications with you when pre-admitting.  You will talk to someone from anesthesia at this appointment.

Pre-anesthesia Appointment:
*Tuesday*   *Nov.*   *30th*   *2004*   at   *1:00*   a.m./p.m.  *arrive at 12:30. Plan on*
WEEK DAY   MONTH   DAY   YEAR   TIME   *being at this appt. 2 to 4 hours*

## 2. PRE-OP APPOINTMENT:
Doctor: *DeHaven* _____ On: *Monday* _____
*Dec.*   *13th*   *2004*   at   *10:00*   a.m./p.m.
MONTH   DAY   YEAR
Location: (    ) Ross Clark Circle Office /Randall Building   or   ( X ) Flowers Office
Bring all medications with you for your appointment.

## 3. SURGERY PREPARATION:

Do not eat or drink anything after midnight the night before surgery (unless otherwise instructed.)  Bring all medications with you the day of your surgery.

Arrive at *5:30*   a.m./p.m.   On:   *Tuesday*   *Dec*   *14th*
weekday   month   day

## 4. SURGERY DATE:
Doctor: *DeHaven* _____   On: *Tuesday*   *Dec*   *14th*
weekday   month   day
At: *7:15*   a.m./p.m.   (    ) Southeast Alabama Medical Ct. ( X ) Flowers Hos

## 5. POST-OP APPOINTMENT- AFTER SURGERY:
Doctor: *DeHaven* _____   On: *Tuesday*   *Jan.*   *11th*
weekday   month   day

Office Location:   (    ) Flowers Office
( X ) Ross Clark Circle Office (Randall Building) *at 9:45 m*

*Mrs. Williams*
*Please let me know if you have any questions.*
*Thank you*
*DeHaven*
*10-25-04*

Dr. DeHaven 00048
Eva Williams v. Greater Ga.

Dr. DeHaven 00049
Eva Williams v. Greater Ga.



**BlueCross BlueShield**
Federal Employee Program

PPO

**Government-Wide Service Benefit Plan**

JAMES WILLIAMS JR

Subscriber name
R58087614

Identification number
105                              11/09/96

enrollment code

PCS    Retail Pharmacy Center # 6500
       Retail Pharmacy Group # 6500

(See Reverse Side)



This card may be used for covered Hospital, Surgical, Medical, Prescription Drug Benefits.

Precertification is required for all hospital admissions and is the responsibility. Benefits are reduced by $500.00 if precertification obtained. Call the local Blue Cross and Blue Shield Plan where treated for instructions. In some areas, preferred or member to obtain precertification for you.

HELPFUL TELEPHONE NUMBERS

* BLUE CROSS AND BLUE SHIELD OF GEORGIA
.FOR CUSTOMER SERVICE    1-706-571-0231    1-800-
.FOR PRECERTIFICATION    1-800-722-6614

* Pharmacy Claim Information
  For Retail Pharmacy         1-800-624-5060
  For Mail Service Pharmacy   1-800-762-7890

Use of this card constitutes acceptance of the terms and con Service Benefit Plan Brochure (RI 71-5). All benefits are definitions, limitations and exclusions set forth in the Br applicable contract year, which is the only legal description of t



**Greater Georgia Life**
Atlanta Disability Service Center
PO Box 105426
Atlanta, GA 30348-5426
Phone: (800) 905-0018, Ext. 29251
Fax: (404) 682-9266

**VIA FEDERAL EXPRESS**

November 29, 2005

Eva Williams
149 Co Road 251
Headland, AL 36345

## RE: West Point Home, Inc. Short-Term Disability (STD) Plan

Dear Ms. Williams:

I am writing to advise you of the outcome of your request for review of the denial of benefits under the West Point Home, Inc. Short-Term Disability (STD) Plan. Greater Georgia Life, as claim administrator for the West Point Home STD Plan, has concluded its review of your claim and has determined that the information submitted for the purpose of appealing the denial of benefits effective July 28, 2005 does not support a disability as defined by the Plan.

Georgia Greater Life determines a claimant's eligibility for STD benefits under the West Point Home, Inc. Plan based upon claim and medical documentation that supports a claimant's inability to perform their job duties. Medical evidence includes, but is not limited to, medical/office records, hospital records, physical exam findings, operative reports, etc. that are obtained from the claimant's treating healthcare providers. We may also consider the claimant's self-reported activities of daily living as indicated on an Activities of Daily Living form.

### THE PLAN - "TOTALLY DISABLED"

"Total Disabled" or "Total Disability" means that you: (1) are unable, due to a disability (whether Illness or Injury), to perform all of the duties of your regular occupation, supported by objective medical evidence; (2) are under the regular care and attendance of a physician, appropriate for the condition causing the disability; and (3) are not otherwise employed for wage or profit.

Dr. DeHaven 00050
Eva Williams v. Greater Ga.

Eva Williams
November 29, 2005
Page 2

## INTIAL REVIEW

Our records indicate that you filed for short-term disability benefits beginning July 28, 2005, due to Osteoarthrosis, Lower Leg. It was noted that you had a hip replacement on December 14, 2004. Your claim was received on July 29, 2005 in which James Dehaven, M.D. was indicated as your treating physician.

On August 3, 2005, your Disability Case Manager (DCM) received a fax from your physician's office which was office notes dated July 25, 2005. The office notes indicated that you contacted the office for an extended leave of absence. You were granted the leave and indicated that you will be unable to work until seen for a follow up in December 2005. Your DCM attempted to contact you on August 3, 2005 to verify the date that you were seen by your physician. On August 4, 2005 you informed your DCM that you contacted your physician's office to schedule an appointment and was advised that you did not need to come in for an appointment. During the conversation you were advised that medical documentation was needed indicating that you were seen by a physician for your request for disability.

Based on the review of the medical documentation, Georgia Greater Life determined that the medical did not support your disability due to you were not seen by a physician. A letter, dated August 5, 2005, advising you of our determination, was sent to you.

## EVALUATION ON APPEAL

On October 27, 2005, Greater Georgia Life received your request for review, which was dated October 22, 2005. We acknowledged receipt of your appeal on October 28, 2005.

Based on our initial review of your appeal request it was determined that additional medical documentation was necessary for the review. On October 28, 2005 medical documentation and a Functional Capacity Estimate form was requested from Dr. Dehaven. The requested medical documentation was received on November 9, 2005. The office notes dated July 25, 2005 indicated that you contacted Dr. Dehaven and requested a leave of absence and he agreed to your request. It was noted that you were not seen by your physician. On August 3, 2005 the office notes indicated that you were doing okay and that you indicated that you "wobble". It was noted that you had a little bit of an unsteady gait. He indicated that in terms of your pain you were a lot better. You were advised to follow-up in a year for your post operative x-ray. On August 19, 2005 you contacted your physician's office and indicated that you needed a letter stating that you were unable to work at this time and that your disability carrier will need medical records. At that time, you were informed by your physician's office that your disability carrier will need to request the medical records. The office notes dated September 21, 2005 indicated that you complained of having a lot of back pain. X-rays were taken and the results indicated that you have arthritis but not that severe. You were prescribed a Medrol Dose Pack and you were given Robaxin. You were advised to follow up as needed. The requested Functional Capacity Estimate form was not received.

Dr. DeHaven 00051
Eva Williams v. Greater Ga.

## SOUTHERN BONE & JOINT SPECIALISTS, P.C.

To:    Whom it may concern                                    Date: *12·9·05*

Name: *Eva Williams· 199980*

This is to certify that this patient

( X )    Was treated in my office today.

(  )    Will be unable to work for the period _____

( X )    May return to work on *12·12·05   No Restrictions  12/13/05*

(  )    Should not participate in physical education for the period _____

(  )    Other:

3/95

Dr. DeHaven 00052
Eva Williams v. Greater Ga.



Greater
Georgia Life
Insurance Company

# FAX

SEND TO    : Dr. James DeHaven

LOCATION  :

FROM        : Kristie Y. Woods

mail & Bill

LOCATION  : Atlanta Disability Service Ctr.
            P.O. Box 105426
            Atlanta, GA 30348-5426

DATE       : October 28, 2005

PHONE      : 800-905-0018, ext. 29251

FAX        : 404-682-9299

FAX        : (334) 836-2248

TOTAL PAGES: 5 (including cover sheet)

Subject:    Claimant: Eva Williams
            DOB: 9-24-53

JA/11-3-05

Dr. DeHaven,

We are currently evaluating Ms. Williams' request for review of the termination of her Short-Term Disability benefits and the records identify that you were her treating physician.

In order for us to obtain a complete representation of Ms. Williams' condition(s), please provide us with copies of all medical records, office notes, reports, letters, summaries, etc., and the results of any diagnostic testing for treatment rendered from July 1, 2005 through present. Additionally, please complete and return the enclosed Functional Capacity Estimate form.

Attached is an authorization allowing you to release this information to Greater Georgia Life. The information can be faxed to my attention at 1-404-682-9299.

If you have any questions or concerns, please feel free to give me a call at 800-905-0018, extension 29251.

Thank you in advance for your attention to this matter.

Kristie Y. Woods
Senior Quality Management Specialist/Appeal Coordinator

Dr. DeHaven 00053
Eva Williams v. Greater Ga.

Confidential information. Fax is intended only for the individual to whom it is addressed.
If you are not the intended, do not read, copy, or distribute this information. Thank you.

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 08/22/2005 11:10
                                    NAME :
                                    FAX  :
                                    TEL  :
```

```
    DATE,TIME           08/22  11:08
    FAX NO./NAME        914046829288
    DURATION            00:01:37
    PAGE(S)             10
    RESULT              OK
    MODE                STANDARD
                        ECM
```

Dr. DeHaven 00054
Eva Williams v. Greater Ga.

## SOUTHERN BONE & JOINT SPECIALISTS, P.C.

To:    Whom it may concern                                    Date: _8/9/05_

Name: _Eva Williams . 177780_

This is to certify that this patient

( X )    Was treated in my office today.

( X )    Will be unable to work for the period _until follow up in Nov 2005_

(   )    May return to work on _____

(   )    Should not participate in physical education for the period _____

(   )    Other:

3/95



*199980*

| **To:** Dr. DeHaven | **From:** Michelle Jones |
|---|---|
|  | Disability Case Manager |
| **Company:** | **Company:** |
| **Phone:** | **Phone:** (800)232-0113 Ext. 29274 |
| **Fax:** 334-836-2248 | **Fax:** (404)682-9252 |

**Date:** 08/01/05

**Number of pages including cover:** 1

**Subject:** Eva Williams
DOB 09/24/1953

**Re:** **Medical Records**

Please forward office notes from 07/26/05 w/ diagnosis, treatment plan, medications, complications/restrictions, next office date and estimated return to work date.

Thanks,
Michelle Jones, DCM

**CONFIDENTIALITY DISCLAIMER**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL TO US BY MAIL, THANK YOU. OUR MAIN NUMBER IS 800-905-0018.

## SOUTHERN BONE & JOINT SPECIALISTS, P.C.



THE PRACTICE OF
ORTHOPEDICS

MAILING ADDRESS:
POST OFFICE BOX 729
DOTHAN, ALABAMA 36302-0729
(334) 793-2663
1-800-460-2663
FAX (334) 836-2248
www.southernboneandjoint.com

WILLIAM B. HANSON, M.D.
JOHN H. HALEY, JR., M.D.
ROBERT W. MOORE, JR., M.D.
J. PAUL MADDOX, M.D.
J. BRET SAMPSON, M.D.
R. BRUCE HALL, M.D.
D. KEITH GRANGER, M.D.
HENRY H. BARNARD II, M.D.
CHRISTOPHER E. ROBINSON, M.D.
JAMES P. DEHAVEN, M.D.
R. DEAN LOLLEY, M.D.
DAVID W. ALFORD, M.D.
O.H. (SKIP) CHITWOOD III, M.D.
FLEMING G. BROOKS, M.D.

BONNIE J. DUNGAN, M.D.
ICAL MEDICINE AND REHABILITATION

MILTON H. WOOD, C.E.O. / ADM.

EAST LOCATION:
1500 ROSS CLARK CIRCLE

WEST LOCATION:
FLOWERS HOSPITAL
4300 WEST MAIN STREET, SUITE 14

ENTERPRISE LOCATION:
404 NORTH MAIN STREET
(334) 308-9797

---

### FACSIMILE TRANSMITTAL SHEET

### CONFIDENTIAL HEALTH INFORMATION ENCLOSED

Health Care Information is personal and sensitive information related to a person's health care. It is being faxed to you after appropriate authorization from the patient or under circumstances that doesn't require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

TO: Michelle Jones          FROM: Cyndi

COMPANY:                     DATE: 8-3-05

FAX NUMBER:                  TOTAL NO. OF PAGES INCLUDING COVER: 4

PHONE NUMBER:

RE: Eva Williams  9-24-53

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY

Comments:

### IMPORTANT WARNING:

This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify us immediately and destroy the related message.

Dr. DeHaven 00057
Eva Williams v. Greater Ga.

# SOUTHERN BONE & JOINT SPECIALISTS

To:   Whom it may concern                                          Date: *7/25/05*

Name: *Eva Williams. 197980*

This is to certify that this patient

( )   Was treated in my office today.

( )   Will be unable to work for the period *until seen for follow up in two wks*

( )   May return to work on _____

( )   Should not participate in physical education for the period_____

( )   Other:

Southeastern Printers 334-792-2928 - 3/95

Dr. DeHaven 00058
Eva Williams v. Greater Ga.

UNIT: 03/3

DMA

**DISABILITY DETERMINATION SERVICE**
**POST OFFICE BOX 2371**
**MOBILE, ALABAMA 36652 - 2371**



*Toll - Free Number 1-800-292-6743*

*Local Number 433-2820*

May 23, 2005

*Fax Number 1-866-486-6536*

TAX ID: 200870135

CLAIM: 297336

**MAY 2 7 2005**

PAY TO: SOUTHERN BONE & JOINT

TDN: 1749675386

SOUTHERN BONE & JOINT
SPECIALISTS
POST OFFICE BOX 729
DOTHAN AL 36302-0729

RE:    EVA WALKER WILLIAMS
AKA:

149 COUNTY RD 251
HEADLAND AL 36345
A/N:    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 INT/SSA
DOB:    September 24, 1953

James P DeHaven MD

The Disability Determination Service (DDS) is writing to obtain medical evidence on behalf of this individual who has applied for disability or blindness benefits under the Social Security Act. The DDS is responsible for determining if the person is disabled or blind. A signed authorization for release of information is enclosed.

Please furnish either a summary and/or copies of your medical office records along with laboratory findings, x-ray interpretations, EKG tracings, and other studies that you may have on this individual.

The DDS would like to have a statement based on your medical findings and observations, expressing your opinion on the limiting effects of the individual's physical and mental abilities to perform basic work related functions, i.e. lifting, walking, standing, sitting, etc. If the claim involves a child, we need to know how the child's ability to function is limited compared to children of the same age who are unimpaired.

The DDS is authorized to pay for this information. This payment does not apply to Federal records. This authorization cannot be transferred to a third party or another tax number. A reply within 10 days would be appreciated. Unless the information is received within 60 days, no payment can be made.

PLEASE SIGN THE LETTER IN THE SPACE BELOW, AND RETURN IT TO THE DDS WITH THE REQUESTED INFORMATION. NO OTHER BILLING IS NECESSARY.

AUTHORIZED AMOUNT    $ 15.00

VENDOR: SOUTH0174

SIGNATURE OF PHYSICIAN OR AUTHORIZED REPRESENTATIVE

Sincerely,

Jack Miller DMA
Disability Specialist, Telephone Ext.

Enclosures

MD01 - BJS

Dr. DeHaven 00059
Eva Williams v. Greater Ga.



RQID: 1749675386297336    SITE: V19  DR: F
SSN: 420807415 DOCTYPE: 0001  RF: D  CS: dd58

Form Approved
OMB No. 0960-0623

WHOSE *Records* *be Disclosed*

|  | First | Middle | Last |
|---|---|---|---|
| NAME | Eva | W. | Williams |

Dr. DeHaven 00060
Eva Williams v. Greater Ga.

| SSN 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 | Birthday (mm/dd/yy) 09-24-1953 |
|---|---|

SSA USE ONLY NUMBER HOLDER (If other than above)

NAME

SSN

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

## ** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

**OF WHAT**    *All my medical records;* also education records and other information related to my ability to perform tasks. This includes specific permission to release:

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including,* and not limited to:
   -- Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   -- Drug abuse, alcoholism, or other substance abuse
   -- Sickle cell anemia
   -- Human immunodeficiency virus (HIV) infection (including acquired immunodeficiency syndrome (AIDS) or tests for HIV) or sexually transmitted diseases
   -- Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)  Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

Dr J DeHaven

**TO WHOM**    The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**    Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

[ ] Determining whether I am capable of managing benefits ONLY (check only if applies)

**EXPIRES WHEN**    This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**INDIVIDUAL** authorizing disclosure

SIGN ► *Eva W. Williams*

| IF not signed by subject of disclosure, specify basis for authority to sign |
|---|
| [ ] Parent of minor  [ ] Guardian  [ ] Other personal representative (explain) |

(Parent/guardian/personal representative sign here if two signatures required by State law) ►

| Date Signed 5/10/03 | Street Address 149 COunty ROad 251 | | |
|---|---|---|---|
| Phone Number (with area code) (334)585-9696 | City Headland | State AL | ZIP 36345- |

**WITNESS**    *I know the person signing this form or am satisfied of this person's identity:*

SIGN ► *Nicotia Mangram*

| | IF needed, second witness sign here (e.g., if signed with "X" above) SIGN ► |
|---|---|
| Phone Number (or Address) (334) 618-5577 | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

Form SSA-827 (7-2003)    EF (07-2003)    Prior 2-2003 Edition Usable

Page 1 of 2

*Update*

# SOUTHERN BONE & JOINT SPECIALISTS, P.C.

To:    Whom it may concern                                    Date: *5/3/05*

Name: *Eva W. Williams . 199980*

This is to certify that this patient

( )    Was treated in my office today.

(X)    Will be unable to work for the period _*+3 6 weeks*_

( )    May return to work on *June 15, 2005 to continue*

( )    Should not participate in physical education for the period _____

( )    Other:

3/95

Dr. DeHaven 00061
Eva Williams v. Greater Ga.

# SOUTHERN BONE & JOINT SPECIALISTS

To:   Whom it may concern                    Date: 4/21/05

Name: Eva Williams    # 197980

This is to certify that this patient

(X)    Was treated in my office today.

( )    Will be unable to work for the period _____

(X)    May return to work on  5.14.05 _____

( )    Should not participate in physical education for the period _____

(X)    Other: No Restriction

Southeastern Printers 334-792-2928 - 3/95

Dr. DeHaven 00062
Eva Williams v. Greater Ga.

**HORIZON HOME CARE**
**TRANSFER/DISCHARGE SUMMARY**

199980
apt. 2/3/05 JPD                                                    JPD 213

Patient Name: Eve Williams            Pt. #: 791375    SOC Date: 12/__/__
Primary DX: OJO/OA, R THA             Transfer/Discharge Date: 1-18-04
Secondary DX: GCA abnormality         Last Skilled Visit: 1/10/5

**SERVICES RENDERED:** ___ Skilled Nursing    ___ Physical Therapy    ___ Occupational Therapy
Number of Visits _____    ___ Home Health Aide    ___ Speech Therapy    ___ MSW

**CLIENT STATUS ON ADMISSION / THROUGHOUT COURSE OF CARE / UPON TRANSFER / DISCHARGE:**
(Include summary of physical; Emotional-mental status/behavior; Psycho-social; Risk factors; Goals to be met/needs/discharge planning)

_Pt s/p THA procedure ... Physical Therapy service provide skilled ..._
_... teaching ... complete. Pt s/p R THA ... no ..._
_... required ... Patient to Independent ... PTA CKD_
_... Pt ... goals demonstrated R ... safety ..._
_... Pt ... no longer need skilled services_

**PERSON RESPONSIBLE FOR PATIENT DURING TRANSFER:** _____
Patient has Advanced Directive on file  ☐ Yes ☑ No    Patient has DNR Orders  ☐ Yes ☑ No

**FUNCTIONAL STATUS:**    **I = Independent**    **D = Dependent**    **A = Assistance**

| | | |
|---|---|---|
| I Ambulation | 7 Bathing | I Meal Prep. | I Financial |
| A Transfers | 1 Toileting | A Cleaning | 2 Telephone |
| __ Dressing | 1 Eating | I Laundry | I MD Appointments |

**REASON FOR TRANSFER / DISCHARGE:**

✓ B01-Home/Self-Care          ___ B05-To another Type of Institution      ___ B08-Moved out of Area
___ B02-Hospitalized          ___ B06-To another HH Agency                ___ B20-Expired at Home
___ B03-Skilled Nursing Facility      or DC/SOC w/in 60 days              ___ B50-To Hospice-Home
___ B04-Immediate Care Facility    ___ B07-Left AMA or Discontinued Care    ___ B51-To Hospice-Medical Facility

**REFERRAL TO OUTSIDE RESOURCES:**

___ DHR/HRS              ___ Diabetic Control Program      ___ N/A
___ Respiratory          ___ HME                           ___ Council on Aging
___ Rehabilitation       ___ Mental Health Facility        ___ Meals on Wheels
___ Homemaker Services   ___ Other: _____

**ORAL AND WRITTEN INSTRUCTION PROVIDED UPON TRANSFER/DISCHARGE:**

☑ Call Dr. DeHaven at 793-2662    ☑ Pain not relieved by pain medication.    ☐ Body rash develops
if problems develop as indicated below.

☑ Call 911 if you can't reach the    ☐ Bright red bleeding that does not stop within 5 minutes    ☑ Questions regarding medication.
physician in case of an emergency.        or cannot be controlled with 5 min. pressure applied.

☐ Temperature elevation over 101°F    ☐ Sudden onset of shortness of breath, chest pain, coughing,    ☐ Uncontrolled nausea/
                                          or vomiting blood; decreased sensation in extremities.        vomiting/diarrhea

☐ Diet _____

**PT'S UNDERSTANDING/RESPONSE TO INSTRUCTIONS:** _Good. Verbalize..._
_... follow through ... THA precautions as instructed_
_... contact Dr DeHaven for questions/concerns_

RN Signature _____                    Dr. DeHaven 00063                Date 1-18-05
                                                  Eva Williams v. Greater Ga.

Copy to Dr. DeHaven _____                                            Date _____

White-Filed to Chart  ·  Canary-MD  ·  Pink-Transferring Agency  ·  Golden Rod-Patient

HHC-5        Rev. 4/03

**OXYGEN. You Must Provide the Lab Re... of the Blood Gas Study (PO₂ of Oxygen ... or Oxygen Need...**

**NOTE: You Must Also Notify... Carrier in Writing When a Patient's Condit...**

| Report Date | PO₂ Level (MM of Hg) | Oximetry Level (% of O₂) | Where Was Test Done? □ Patient's Home □ Doctor's Office □ Nursing Home □ Independent Lab □ Hospital  □ ASC | Check Condition of Patient During PO₂ or Oximetry Level Test: □ During Activities, Such as Exercise □ At Rest □ While Sleeping | Was Patient on Room Air or Oxygen at Time of Blood Gas Study? □ Room Air □ Oxygen |
|---|---|---|---|---|---|

20. a. Type Oxygen Unit Prescribed: □ Portable □ Stationary □ Concentrator | b. Type O₂ Prescribed: □ Liquid □ Gaseous

21. If a PORTABLE unit is being utilized, explain how: □ As backup to a stationary unit    □ To go to the Doctor's office
□ For exercise therapy outside the home _____ hours at a time to be repeated _____

22. How many hours per day is the Patient on Oxygen?  a. Non-portable O₂: _____ hours   b. Portable O₂: _____ hours
c. What is the flow rate in liters of O₂ per minute? _____   d. Delivery methods? □ Nasal Cannula □ Mask

23. The following treatments were tried WITHOUT SUCCESS for this Patient PRIOR TO OXYGEN THERAPY.

| | | | TREATMENT DATES: BEGAN (MM-DD-YYYY) | ENDED (MM-DD-YYYY) |
|---|---|---|---|---|
| Yes No □  □ | Bronchodilators | | | |
| □  □ | Medications: MEDICATION NAME | DOSAGE | | |
| □  □ | Physical Therapy: □ a. Percussors □ b. Breathing Exercises | | | |
| □  □ | Other Treatment: | | | |

**CERTIFICATION LENGTH CANNOT EXCEED SIX MONTHS**

**IPPB**

29. What is the IPPB frequency of use?

24. Current results of any pulmonary function studies are:
Forced vital capacity before and after aerosol bronchodilators:      Date of Studies
Before       After       Predicted V.C.

25. IPPB used to (Check all that apply):
□ a. Deliver aerosolized medications
□ b. Facilitate clearance of secretions
□ c. Produce mechanical dilation of the bronchi and lungs
□ d. Correct or prevent atelectasis
□ e. Counteract pulmonary congestion or edema
□ f. Decrease the work of breathing
□ g. Regulate inspiratory and expiratory flow patterns
□ h. Other (Explain): _____

26. Can the Patient successfully use a hand-held nebulizer or a nebulizer with a compressor? □ Yes □ No (Explain Below):

**GLUCOMETER**

27. Is this Patient an insulin-dependent diabetic? □ Yes □ No
28. What is the average daily dose of insulin? _____ Units
30. What is the number of daily insulin injections?

29. What type of insulin is being used? □ Regular □ NPH
□ Other (Describe): _____

31. Does the Patient have widely fluctuating blood sugars before meal time?  □ Yes □ No

32. Does the Patient have frequent episodes of insulin reactions?  □ Yes □ No
□ Yes □ No
□ Yes □ No

33. a. Is it necessary for the Patient to make frequent checks of his or her blood glucose level?  □ Yes □ No
b. Is the Patient's Vision impaired enough to require a special glucose monitoring system at home?  □ Yes □ No
c. Is this Patient capable of being trained to use a home blood glucose monitor?  □ Yes □ No

**PHYSICIAN'S INFORMATION, CERTIFICATION OR RECERTIFICATION – NOTICE:** This form must be completed, signed and dated by the prescribing physician to accurately adjudicate the DME Claim. Any misrepresentation or falsification of informa-tion herein may constitute fraud and be subject to legal action.

34. a. Physician's Name, Street Address, City, State, ZIP Code
Dr. James Dehaven 1500 Ross Clark Circle
Attn. Sonia   Dothan, AL 36305 36301

c. Physician's Speciality: _____

b. Physician's Provider Number: _____

d. Office Telephone Number: _____

35. I certify that I am actively treating this Patient, the equipment prescribed is part of my present course of treatment and is "reasonable and necessary" and is not prescribed as convenience equipment, plus all the items completed on this form are accurate.

*[signature]*

3.593 - Dothan

## DURABLE MEDICAL EQUIPMENT

BlueCross BlueShield of Alabama

Blue Cross and Blue Shield of Alabama
P.O. Box 36202
Birmingham, Alabama 35236-202
Fax: (205) 939-5899

An independent licensee of the Blue Cross and Blue Shield Association

Check As Appropriate: ☑ DME   ☐ OXYGEN   ☐ IPPB   ☐ GLUCOMETER
☐ CPAP   ☐ BIPAP   ☑ CERTIFICATION   ☐ RECERTIFICATION

**COMPLETE ALL ITEMS PERTAINING TO THE PATIENT'S CONDITION AND EQUIPMENT**

### PATIENT INFORMATION

1. Patient's Name
Eva Williams   DOB 9-24-53

2. Date Patient Last Seen by Doctor

3. Subscriber Number
RS8087614

4. Diagnosis
781.2

5. Prognosis   ☐ Good   ☐ Fair   ☐ Poor

6. Estimated Number of Months Equipment Needed
12
(Do NOT put "INDEFINITE"; be specific)

Date Prescribed   12-17-04

8. Rental Period This Certification Applies To
(Certification Length CANNOT Exceed 12 Months)

First Day (MM-DD-YYYY)     Last Day (MM-DD-YYYY)

9. Supplier's Name, Street Address, City, State, ZIP Code, Telephone #

Breathing Care Associates
430 West Main St., Ste. 2
Dothan, AL 36301 (334) 793-9674

10. Supplier's Provider Number
510-57210

7. What Is The Patient's Condition Concerning Mobility
a. Bed Confined?   ☐ No   ☐ Yes—Complete immediately below
   ☐ 50% of the Time
   ☐ 75% of the Time
   ☐ 100% of the Time

b. Room Confined?   ☐ No   ☐ Yes
c. Wheelchair Confined?   ☐ No   ☐ Yes
d. Ambulatory?   ☐ No   ☐ Yes—Complete immediately below
   ☐ Assistance Not Required
   ☐ Assisted by a Walker or Cane
   ☐ Assisted by a Person

e. Is Patient Disoriented?   ☐ No   ☐ Yes

11. Requested HCPCS code (s)
E0143 NU Walker w/wheels

### GENERAL EQUIPMENT

**SEE THE SECTIONS ON THE BACK OF THE FORM FOR OXYGEN AND IPPB**

12. General Equipment Selected for Patient
☐ a. Alternating P.P. & Pump (Complete #15)
☐ b. Bed, Electric (Complete #13 and # 14)
☐ c. Bed, Semi-electric (Complete #13 and # 14)
☐ d. Bed, Standard
☐ e. Bed, Variable Height (Complete # 14)
☐ f. Cane or Quad Cane
☑ g. Walker   ☑ With Wheels
☐ h. Wheelchair   ☐ 1) Standard
   ☐ 2) Electric
   ☐ 3) Detachable Arms
   ☐ 4) Leg Rests
   ☐ 5) Special; Type: _____
☐ i. Commode, Bedside
☐ j. Lift, Patient
☐ k. Nebulizer, Hand-held
☐ l. Nebulizer, Ultrasonic
☐ m. Percussor (Complete #16)
☐ n. Rails, Bedside
☐ o. Suction Machine
☐ p. Sitz Bath
☐ q. Traction Equipment
☐ r. Trapeze Bar
☐ s. Other (Describe) _____

**COMPLETE WHEN INDICATED IN QUESTION 12**

13. Regarding Electric Beds, is the Patient able to work the controls and cause the adjustments?   ☐ Yes   ☐ No

14. Does the Patient's condition require frequent changed in body position not feasible in an ordinary bed?
☐ No   ☐ Yes; condition is:

15. Does the Patient now have or is the Patient susceptible to decubitus ulcers?   ☐ Yes   ☐ No

16. a. Has the Patient been trained by a Therapist or Physician to use a powered percussor?   ☐ Yes   ☐ No
   b. Is there anyone else at the Patient's home who could administer manual therapy?   ☐ Yes   ☐ No

17. CPAP/BIPAP
Date of sleep study: _____
Name of facility: _____
Respiratory disturbance index
   (RDI) preCPAP: _____
☐ CPAP pressures: _____
☐ BIPAP pressures: _____

18. If for recertification, has Patient demonstrated compliance in the use of this equip.

**SEE REVERSE SIDE FOR SIGNATURE**

Dr. DeHaven 00065
Eva Williams v. Greater Ga.



**Flowers Hospital**
3728 West Main Street • 793-5000

NAME _Williams, Eva_

ADDRESS _____

DATE _____  AGE ____

_Rollen Walker_

M.D.

Dispense as Written                    Product Selection Permitted

DEA NO. _____  Al. Reg. _____  RFO  1  2  3  4  PRN

M.D.

FL-PH6082

Dr. DeHaven 00066
Eva Williams v. Greater Ga.

JAN 25 200~

**OXYGEN**  You Must Provide the Lab Results of the Blood Gas Study (PO₂ or Oximetry) Which You Retain In Your Files.
NOTE: You Must Also Notify the Carrier in Writing When a Patient's Condition or Oxygen Needs Change.

| 19. Report Date | PO₂ Level (MM of Hg) | Oximetry Level (% of O₂) | Where Was Test Done? | Check Condition of Patient During PO₂ or Oximetry Level Test | Was Patient on Room Air or Oxygen at Time of Blood Gas Study? |
|---|---|---|---|---|---|
| | | | ☐ Patient's Home ☐ Doctor's Office ☐ Nursing Home ☐ Independent Lab ☐ Hospital   ☐ ASC | ☐ During Activities, Such as Exercise ☐ At Rest ☐ While Sleeping | ☐ Room Air ☐ Oxygen |

20. a. Type Oxygen Unit Prescribed: ☐ Portable ☐ Stationary ☐ Concentrator  b. Type O₂ Prescribed: ☐ Liquid ☐ Gaseous

21. If a PORTABLE unit is being utilized, explain how:   ☐ As backup to a stationary unit        ☐ To go to the Doctor's office
☐ For exercise therapy outside the home _____ hours at a time to be repeated _____

22. How many hours per day is the Patient on Oxygen?  a. Non-portable O₂: _____ hours   b. Portable O₂: _____ hours
c. What is the flow rate in liters of O₂ per minute? _____   d. Delivery methods? ☐ Nasal Cannula ☐ Mask

23. The following treatments were tried WITHOUT SUCCESS for this Patient PRIOR TO OXYGEN THERAPY:   TREATMENT DATES:

| Yes | No | | MEDICATION NAME | DOSAGE | BEGAN (MM-DD-YYYY) | ENDED (MM-DD-YYYY) |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Bronchodilators ............................................. | | | _____ | _____ |
| ☐ | ☐ | Medications: | _____ | _____ | _____ | _____ |
| | | | _____ | _____ | _____ | _____ |
| | | | _____ | _____ | _____ | _____ |
| ☐ | ☐ | Physical Therapy: ☐ a. Percussions ...................... | | | _____ | _____ |
| | | ☐ b. Breathing Exercises ........................... | | | _____ | _____ |
| ☐ | ☐ | Other Treatment: _____ | | | _____ | _____ |

**IPPB**          **CERTIFICATION LENGTH CANNOT EXCEED SIX MONTHS**

24. Current results of any pulmonary function studies are:          29. What is the IPPB frequency of use?
Forced vital capacity before and after aerosol bronchodilators:

| Before | After | Predicted V.C. | Date of Studies |
|---|---|---|---|
| | | | |

25. IPPB used to (Check all that apply):
☐ a. Deliver aerosolized medications                    ☐ e. Counteract pulmonary congestion or edema
☐ b. Facilitate clearance of secretions                 ☐ f. Decrease the work of breathing
☐ c. Produce mechanical dilation of the bronchi and lungs  ☐ g. Regulate inspiratory and expiratory flow patterns
☐ d. Correct or prevent atelectasis                     ☐ h. Other (Explain): _____

26. Can the Patient successfully use a hand-held nebulizer or a nebulizer with a compressor? ☐ Yes ☐ No (Explain Below):

**GLUCOMETER**

27. Is this Patient an insulin-dependent diabetic? ☐ Yes ☐ No   | 28. What is the average daily dose of insulin?   Units
29. What type of insulin is being used? ☐ Regular ☐ NPH   | 30. What is the number of daily insulin injections?
☐ Other (Describe): _____ |
31. Does the Patient have widely fluctuating blood sugars before meal time?   ☐ Yes ☐ No | 32. Does the Patient have frequent episodes of insulin reactions?   ☐ Yes ☐ No

33. a. Is it necessary for the Patient to make frequent checks of his or her blood glucose level?   ☐ Yes ☐ No
b. Is the Patient's Vision impaired enough to require a special glucose monitoring system at home?   ☐ Yes ☐ No
c. Is this Patient capable of being trained to use a home blood glucose monitor?   ☐ Yes ☐ No

**PHYSICIAN'S INFORMATION. CERTIFICATION OR RECERTIFICATION – NOTICE:** This form must be completed, signed and dated by the prescribing physician to accurately adjudicate the DME Claim. Any misrepresentation or falsification of information herein may constitute fraud and be subject to legal action.

34. a. Physician's Name, Street Address, City, State. ZIP Code          c. Physician's Speciality:    Dr. DeHaven 00067
Dr. James DeHaven  1500 Ross Clark Circle                                              Eva Williams v. Greater Ga.
Attn: Sonja  Dothan, AL 36301
b. Physician's Provider Number: _____                          d. Office Telephone Number: _____

35. I certify that I am actively treating this Patient, the equipment prescribed is part of my present course of treatment and is "reasonable and necessary" and is not prescribed as convenience equipment, plus all in the items considered on this form are accurate.

30593-Dothan

| BlueCross BlueShield of Alabama | DURABLE MEDICAL EQUIPMENT | Blue Cross and Blue Shield of Alabama P.O. Box 362025 Birmingham, Alabama 35236-2025 Fax: (205) 989-3899 |

An independent licensee of the Blue Cross and Blue Shield Association.

Check As Appropriate: ☑ DME  ☐ OXYGEN  ☐ IPPB  ☐ GLUCOMETER
☐ CPAP  ☐ BIPAP  ☑ CERTIFICATION  ☐ RECERTIFICATION

## PATIENT INFORMATION    COMPLETE ALL ITEMS PERTAINING TO THE PATIENT'S CONDITION AND EQUIPMENT

**1. Patient's Name** Eva Williams   **DOB** 9-24-53
**2. Date Patient Last Seen by Doctor**
**3. Subscriber Number** RS8087614

**4. Diagnosis** 781.2, 71590

**5. Prognosis** ☑ Good  ☐ Fair  ☐ Poor

**6. Estimated Number of Months Equipment Needed** 12
*(Do NOT put "INDEFINITE"; be specific)*

Date Prescribed 1-7-05

**7. What Is The Patient's Condition Concerning Mobility**
a. Bed Confined?  ☐ No  ☐ Yes—Complete immediately below
  ☐ 50% of the Time
  ☐ 75% of the Time
  ☐ 100% of the Time

b. Room Confined?  ☐ No  ☐ Yes
c. Wheelchair Confined?  ☐ No  ☐ Yes
d. Ambulatory?  ☐ No  ☐ Yes—Complete immediately below
  ☐ Assistance Not Required
  ☐ Assisted by a Walker or Cane
  ☐ Assisted by a Person

**8. Rental Period This Certification Applies To**
*(Certification Length CANNOT Exceed 12 Months)*

| First Day (MM-DD-YYYY) | Last Day (MM-DD-YYYY) |
| --- | --- |
|  |  |

e. Is Patient Disoriented?  ☐ No  ☐ Yes

**9. Supplier's Name, Street Address, City, State, ZIP Code, Telephone #**

Breathing Care Associates
430 West Main St., Ste. 2
Dothan, AL 36301 (334) 793-9674

**11. Requested HCPCS code (s)**

E0100 Nu Cane

**10. Supplier's Provider Number**
510-57210

## GENERAL EQUIPMENT    SEE THE SECTIONS ON THE BACK OF THE FORM FOR OXYGEN AND IPPB

**12. General Equipment Selected for Patient**
☐ a. Alternating P.P. & Pump *(Complete #15)*
☐ b. Bed, Electric *(Complete #13 and # 14)*
☐ c. Bed, Semi-electric *(Complete #13 and # 14)*
☐ d. Bed, Standard
☐ e. Bed, Variable Height *(Complete # 14)*
☑ f. Cane or Quad Cane
☐ g. Walker  ☐ With Wheels
☐ h. Wheelchair  ☐ 1) Standard
  ☐ 2) Electric
  ☐ 3) Detachable Arms
  ☐ 4) Leg Rests
  ☐ 5) Special; Type: _____
☐ i. Commode, Bedside
☐ j. Lift, Patient
☐ k. Nebulizer, Hand-held
☐ l. Nebulizer, Ultrasonic
☐ m. Percussor *(Complete #16)*
☐ n. Rails, Bedside
☐ o. Suction Machine
☐ p. Sitz Bath
☐ q. Traction Equipment
☐ r. Trapeze Bar
☐ s. Other *(Describe)* _____

**COMPLETE WHEN INDICATED IN QUESTION 12**

**13.** Regarding Electric Beds, is the Patient able to work the controls and cause the adjustments?  ☐ Yes  ☐ No

**14.** Does the Patient's condition require frequent changed in body position not feasible in an ordinary bed?  ☐ No  ☐ Yes; condition is:

**15.** Does the Patient now have or is the Patient susceptible to decubitus ulcers?  ☐ Yes  ☐ No

**16. a.** Has the Patient been trained by a Therapist or Physician to use a powered percussor?  ☐ Yes  ☐ No
**b.** Is there anyone else at the Patient's home who could administer manual therapy?  ☐ Yes  ☐ No

**17. CPAP/BIPAP**
Date of sleep study: _____
Name of facility: _____
Respiratory disturbance index
 (RDI) preCPAP: _____
☐ CPAP pressures: _____
☐ BIPAP pressures: _____

**18.** If for recertification, has Patient demonstrated compliance in the use of this equipment?  ☐ Yes  ☐ No

## SEE REVERSE SIDE FOR SIGNATURE

Dr. DeHaven 00068
Eva Williams v. Greater Ga.

SOUTHERN BONE & JOINT SPECIALISTS
ORTHOPAEDICS

1500 ROSS CLARK CIRCLE ·
4300 WEST MAIN STREET, SUITE 14
DOTHAN, ALABAMA 36301
(334) 793-4661 · 1-800-460-2663

404 N. MAIN STREET
ENTERPRISE, ALABAMA 36330
(334) 308-6/5/

ROBERT W. MOORE, JR., M.D.        Reg. No. AM554 1784      Ala. Reg. No.
J. PAUL MADDOX, M.D.              Reg. No. AM9278917       Ala. Reg. No.
J. BRET SIMPSON, M.D.             Reg. No. AS2688743       Ala. Reg. No.
A. BRUCE HALL, M.D.               Reg. No. AH1100786       Ala. Reg. No.
D. KEITH GRANGER, M.D.            Reg. No. AG2785672       Ala. Reg. No.
HENRY H. BARNARD II, M.D.         Reg. No. BB0760040       Ala. Reg. No.
CHRISTOPHER E. ROBINSON, M.D.     Reg. No. BR1219561       Ala. Reg. No.
JAMES P. DEHAVEN, M.D.            Reg. No. BD1405720       Ala. Reg. No.
R. DEAN LOLLEY, M.D.              Reg. No. BL2915776       Ala. Reg. No.
DAVID W. ALFORD, M.D.             Reg. No. BA3214727       Ala. Reg. No.
FLEMING B. BROOKS, JR., M.D.      Reg. No. B565301601      Ala. Reg. No.
O. HUGH (SKIP) CHITWOOD, III, M.D. Reg. No. BC4440307      Ala. Reg. No.
BONNIE J. DUNCAN, M.D.            Reg. No. BD3445108        Ala. Reg. No.
PATRICK W. LETT, M.D.             Reg. No. BL6632526        Ala. Reg. No.
TIMOTHY M. HALEY, M.D.            Reg. No. BH687356A        Ala. Reg. No.

FOR _R Eva Williams_____ DATE _1/13/__

Address _____

R Shaky Cane

#1

VB Dr Duncan M.D

DX: S-P

R2 THR

Refill  0  1  2  3  PRN times

☑ Product Selection Permitted      ☐ Dispense As Written

Dr. DeHaven 00069
Eva Williams v. Greater Ga.

HOME HEALTH CERTIFICATION AND PLAN OF CARE

of Health and Human Services
e Financing Administration

| | 3. Certification Period | | 4. Medical Record No. | 5. Provider No. |
| Start of Care Date: 12202004 | From: 12202004 | To: 02172005 | 791375 | 22254 |

's HI Claim No.
?878?4

r's Name and Address 334-585-9696
LIAMS, EVA J
COUNTY ROAD 251
eville, AL  36310

7. Provider's Name, Address and Telephone Number
Horizon Homecare, Eufaula
335 Macon Avenue
Eufaula, AL  36027
Tel# 334-793-6854    Fax# 334-687-2623

| | 9. Sex | M | X F |
| of Birth 09241953 | | Date | |

10. Medications: Dose/Frequency/Route (N)ew (C)hanged
NO CONTRAINDICATIONS.
Coumadin; 5MG; Qpm; PO.
Lortab; 7.5mg/ 500mg; 1 to 2; q 4-6 hrs, PRN;
PO.
Zocor; 40mg; Qpm; PO.
Axalide; 50/12.5mg; Daily; PO.

.9-CM Principal Diagnosis
<See 487>

.9-CM Surgical Procedure — Date 121404 (O)
.51

.9-CM Other Pertinent Diagnoses <See 487>   Date
1.2   Abnormality of Gait   122004 (O)
8.61   Long Term Use of   122004 (O)
    Anticoagulants
01.9   HTN   010100 (O)

15. Safety Measures:
<See 487>

17. Allergies: ASA

ME and Supplies
<See 487>

Nutritional Req. regular

| Functional Limitations | | | | |
| Amputation | 5 | Paralysis | 9 | Legally Blind |
| Bowel/Bladder (Incontinence) | 6 | X Endurance | A | Dyspnea With Minimal Exertion |
| Contracture | 7 | Ambulation | B | Other (Specify) |
| Hearing | 8 | Speech | | |

| 18.B. Activities Permitted | | | | |
| 1 | Complete Bedrest | 6 | Partial Weight Bearing | A | Wheelchair |
| 2 | Bedrest BRP | 7 | Independent At Home | B | Walker |
| 3 | X Up As Tolerated | 8 | Crutches | C | No Restrictions |
| 4 | Transfer Bed/Chair | 9 | Cane | D | Other (Specify) |
| 5 | Exercises Prescribed | | | | |

| Mental Status: | 1 | X Oriented | 3 | | Forgetful | 5 | Disoriented | 7 | Agitated | | |
| | 2 | Comatose | 4 | | Depressed | 6 | Lethargic | 8 | Other | E | Excellent |

| Prognosis: | 1 | Poor | 2 | Guarded | 3 | Fair | 4 | X Good | | |

. Orders for Discipline and Treatments (Specify Amount/Frequency/Duration)
Initial visit on 20 Dec 04 to admit to service

SN: 2 times per week for 9 weeks on Mon & Thurs.
Assess vital signs: SN to perform wound care to (R) hip. Cleanse with NS, cover
with 4x4's and secure with tape daily. SN to perform lab draw of protime/INR q
Mon & Thurs via venipuncture. SN to remove staples on 12/27/04. May replace
with steri strips.
Instruct in all aspects of care.

PT: Evaluate and treat.

Dr. DeHaven 00070
Eva Williams v. Greater Ga.

22. Goals/Rehabilitation Potential/Discharge Plans <See 487>
(Tr) SN Care goals: Pt/c/g will demonstrate understanding of medication use, purpose and
management through med compliance within 1 week. Protime/INR will be
maintained in therapeutic range as set by MD throughout plan of care. P.T
Goals: Will assist patient to achieve full rehab potential.

Rehab Potential: Good

25. Date HHA Received Signed POT

23. Nurse's Signature and Date of Verbal SOC Where Applicable: 12202004

24. Physician's Name and Address
Dr. JAMES P DEHAVEN
1500 ROSS CLARK CIRCLE
Dothan, AL  36301

26. I certify/recertify that this patient is confined to his/her home and needs
intermittent skilled nursing care, physical therapy and/or speech therapy
continues to need occupational therapy. The patient is under my care an
have authorized the services on this plan of care and will periodically rev
the plan.

28. Anyone who misrepresents, falsifies, or conceals essential information
required for payment of Federal funds may be subject to fine, imprisonm
or civil penalty under applicable Federal laws.

27. Attending Physician's Signature and Date Signed

PROVIDER   4091

Page# 1 of 2

Form Approved
OMB No. 0938-0357

Department of Health and Human Services
Health Care Financing Administration

| ADDENDUM TO | [X] PLAN OF TREATMENT | [ ] MEDICAL UPDATE |
|---|---|---|

| 1. Patient's H. Claim No. | 2. SOC Date | 3. Certification Period | | 4. Medical Record No. | 5. Provider No. |
|---|---|---|---|---|---|
| R58037614 | 12202004 | From: 12202004 | To: 02172005 | 791375 | 132244 |

Patient's Name
WILLIAMS, EVA J

7. Provider Name
Horizon Homecare, Eufaula

| Item No. | |
|---|---|
| 5. | Sharps disposal; universal precautions; keep assistive devices in working order   122004(O) |
| 11. | V57.1   Care involving Physical Therapy   010100(O) |
| 13. | 272.4   Hyperlipidemia, other unspecified |
| 14. | 4x4's; tape,; NS; staple removal kit; steri strips; butterflies; alcohol; bandaids; tubes |
| 22. | Discharge Plan: Discharge to care of self with MD follow up when condition stable and goals met. |

Dr. DeHaven 00071
Eva Williams v. Greater Ga.

9. Signature of Physician

10. Date

11. Optional Name/Signature of Nurse/Therapist

12. Date

HORIZON HOME CARE

PHYSICIANS ORDERS

Date: 1-4-05

Physician's Name: Dr. DeHaven

Address: _____

Patient Name: Eva Williams    DOB 9/24/53    Patient Number: 791375

① . Problem - ↓ coumadin level

② ↓ Intervention - Coumadin 7.5mg by
month every evening.

③ Goal - patient will range with
× 2 weeks.

☑ ORDER READ BACK AND VERIFIED

Please sign and return.

Thank You,

PHYSICIAN'S SIGNATURE: _____

DATE: 2/14/05

HHC-9

Dr. DeHaven 00072
Eva Williams v. Greater Ga.

Rev. 11/04

HORIZON HOME CARE

PHYSICIANS ORDERS

Date: _1/2/5_

Physician's Name: _DeHaven_

Address: _____

Patient Name: _Eva Williams_    DOB: _8/24/5_    Patient Number: _291375_

P: Pt /INR & MD parameters

I: ↑ Coumadin to 10mg po
q bedtime

O: Pt will have Pt /INR
& w MD parameters w
5 days

☐ ORDER READ BACK AND VERIFIED

Please sign and return.

Thank You.

_Pansky RN._

PHYSICIAN'S SIGNATURE: _____

DATE: _2/8/05_

HHC-9

Dr. DeHaven 00073
Eva Williams v. Greater Ga.

2941

Rev. 11/04

TRANSMISSION VERIFICATION RE   T

TIME : 01/07/2005 08:22

| | |
|---|---|
| DATE,TIME | 01/07 08:22 |
| FAX NO./NAME | 97126372 |
| DURATION | 00:00:28 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

## SOUTHERN BONE & JOINT SPECIALISTS

ORTHOPAEDICS

1500 ROSS CLARK CIRCLE
4300 WEST MAIN STREET, SUITE 14
DOTHAN, ALABAMA 36301
(334) 793-2663 • 1-800-460-2663

404 N. MAIN STREET
ENTERPRISE, ALABAMA 36330
(334) 308-9797

| | | |
|---|---|---|
| ROBERT W. MOORE, JR., M.D. | Reg. No. AM5541784 | Ala. Reg. No. 6287 |
| J. PAUL MADDOX, M.D. | Reg. No. AM9278917 | Ala. Reg. No. 9249 |
| J. BRET SIMPSON, M.D. | Reg. No. AS2688743 | Ala. Reg. No. 9563 |
| R. BRUCE HALL, M.D. | Reg. No. AH1100786 | Ala. Reg. No. 9755 |
| D. KEITH GRANGER, M.D. | Reg. No. AG2765672 | Ala. Reg. No. 13924 |
| HENRY H. BARNARD II, M.D. | Reg. No. BB0766040 | Ala. Reg. No. 15198 |
| CHRISTOPHER E. ROBINSON, M.D. | Reg. No. BR1219561 | Ala. Reg. No. 13601 |
| JAMES P. DEHAVEN, M.D. | Reg. No. BD1405720 | Ala. Reg. No. 13374 |
| R. DEAN LOLLEY, M.D. | Reg. No. BL2375776 | Ala. Reg. No. 15325 |
| DAVID W. ALFORD, M.D. | Reg. No. BA3214727 | Ala. Reg. No. 16332 |
| FLEMING G. BROOKS, JR., M.D. | Reg. No. BB5501401 | Ala. Reg. No. 21113 |
| O. HUGH (SKIP) CHITWOOD, III, M.D. | Reg. No. BC4440397 | Ala. Reg. No. 15049 |
| BONNIE J. DUNGAN, M.D. | Reg. No. BD3445586 | Ala. Reg. No. 19782 |
| PATRICK W. LETT, M.D. | Reg. No. BL6652526 | Ala. Reg. No. 25206 |
| TIMOTHY M. HALEY, M.D. | Reg. No. BH6873346 | Ala. Reg. No. 25857 |

R

FOR _Eva William_    DATE 1/7/05

Address _____    Refill  0  1  2  3  4  PRN  Label

Straight Cone

#1    Dx: S-P

(R) THA

_____ M.D.          _____ M.D.
Product Selection Permitted        Dispense As Written

Form RX #5400

Dr. DeHaven 00074
Eva Williams v. Greater Ga.

# SOUTHERN BONE & JOINT SPECIALISTS

To:    Whom it may concern                                    Date: 1/21/05

Name: *Eva Williams*

This is to certify that this patient

(  )    Was treated in my office today.

(  )    Will be unable to work for the period _____

(  )    May return to work on _____

(  )    Should not participate in physical education for the period_____

(  )    Other:  *Ms. Williams had surgery on 12/14/04*
         *DX: Right Total Hip.*

Southeastern Printers 334-792-2928 - 3/95

Dr. DeHaven 00075
Eva Williams v. Greater Ga.

99980

# HORIZON HOME CARE
## PHYSICIANS ORDERS

Date: 12/27/4

Physician's Name: DeHaven

Address: _____

Patient Name: Eva Williams    DOB 9/24/53    Patient Number: 79/375

Correction to 485
SN to remove staples 12/28/4
May replace c steri-strips.

☐ ORDER READ BACK AND VERIFIED

Please sign and return.

Thank You.

Dr. DeHaven 00076
Eva Williams v. Greater Ga.

HORIZON HOME CARE

## PHYSICIANS ORDERS

Date: 12/23/4

Physician's Name: DeHaven

Address: _____

Patient Name: Eric Williams    DOB 9/24/    Patient Number: 791375

P - PT 12.7 / INR 1.20

I - Coumadin 5mg alternating c̄ 7.5mg nightly

G: Pt will have no adverse effect of Coumadin therapy

☐ ORDER READ BACK AND VERIFIED:

Please sign and return.

Thank You

Ansley RN

PHYSICIAN'S SIGNATURE

Dr. DeHaven 00077
Eva Williams v. Greater Ga.

# HORIZON HOME CARE
## PHYSICIANS ORDERS

Date: _12-30-04_

Physician's Name: _Dr. Dehaven_

Address: _____

Patient Name: _Eva Williams_    DOB _9-24-55_    Patient Number: _791375_

↓ Home Physical Therapy to 2/wk x 4 wks c̄ good initial progress, compliance o̅
follow through c̄ Home exercise program. NO D/S is goals at this time.

Dx - DJD/OA , ℗ THA , gait abnormality

V.O. - Dr. Dehaven Read Back C̄ Readback RN

Please sign and return.

Thank You, _____

Dr. DeHaven 00078
Eva Williams v. Greater Ga.

## SOUTHERN BONE & JOINT SPECIALISTS

To:    Whom it may concern    *[handwritten]*                    Date: *[handwritten]*

Name: *[handwritten]*

This is to certify that this patient

(X)    Was treated in my office today.

(X)    Will be unable to work for the period ___*[handwritten]*___

( )    May return to work on _____

( )    Should not participate in physical education for the period_____

( )    Other:

*[signature]*

Southeastern Printers 334-792-2928 - 3/95

Dr. DeHaven 00079
Eva Williams v. Greater Ga.

## SOUTHERN BONE & JOINT SPECIALISTS, P.C.

To:   Whom it may concern : *Renee Daniels*                          Date: 12/30/04

Name: *Eva Williams . 199980*

This is to certify that this patient

( )   Was treated in my office today.

(X)   Will be unable to work for the period _for 3 Months from time of surgery 12-14-04_

( )   May return to work on _____

( )   Should not participate in physical education for the period _____

( )   Other:

3/95

Dr. DeHaven 00080
Eva Williams v. Greater Ga.

CT 28 2004

## Employee Short-Term Disability Claim Form

### EMPLOYEE INFORMATION

Please complete and sign this portion of your disability claim.
Failure to fully answer all questions may delay processing of your claim

| 1. Employee's Name (Please Print) | 2. Sex | 3. Date of Birth | 4. Social Security Number |
|---|---|---|---|
| EVA W. Williams | ☒ Female  ☐ Male | 9/24/53 | 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 |

| 5. Employee's Street Address |  |
|---|---|
| P.O. Box 631 | |

| 6. City, State, and Zip Code | 7. Telephone Number (334) | 8. Your Occupation |
|---|---|---|
| Abbeville, AL  36310 | 585-9696 | Machine Oper |

| 10. Date First Disabled | Date of First Treatment |
|---|---|

| 9. Employer Name and Location | 13. Doctor's Address |
|---|---|
| West Point Steven  Abbeville, AL | |

| 12. Doctor's Name |
|---|
| Dr. DeHaven |

| 14. Is this condition due to any occupational injury or disease? | 15. Is this condition due to injury? | 16. Date of Injury | 17. Where did it occur? |
|---|---|---|---|
| NO | NO | NO | N/A |

18. Describe how accident happened

I hereby authorize the release of any medical information and any employment related information necessary to evaluate and administer claims for benefits to JSL Administrators.  This authorization is valid for the duration of the claim.

Employee Signature _Eva W. Williams_     Date _10/28/04_

### PHYSICIAN INFORMATION

| 1. Date of Illness (first symptom), injury or if pregnancy, EDC date. | 2. Date first consulted for this condition | 3. Has patient ever had same or like condition? |
|---|---|---|
| Gradual | 7/22/04 | no |

| 4. Date patient able to return to work | 5. Dates of total disability (must be completed) | 6. Date of last treatment |
|---|---|---|
| Recess after Surgery 5/14/04 | From: 10/27/04  Through Recess after Surgery 5/14/04 | 10/6/04 |

| 7. Diagnosis or nature of illness or injury |
|---|
| Degenerative Joint Disease |

| 8. Signature of Physician | 9. Physician SS Number | 10. Physician's Name, Address, and Telephone Number |
|---|---|---|
| [signature]  10/1/04 | | **Southern Bone & Joint Specialists,** P. O. Box 729 Dothan, Alabama 36302-0729 |

| Signed | Date | 11. Physician I.D. Number (EIN) |
|---|---|---|
| | | 20-0870137 |

| 12. Your Patient Account Number | NOTE:  ITEMS 9, 10 and 11 MUST BE |
|---|---|
| 199980 | ANSWERED UNDER AUTHORITY OF LAW. |

### EMPLOYER INFORMATION

Please certify employee's employment status and sign this portion of the claim.

| 1. Date last worked | 2. Expected Return Date | 3. Date Returned | 4. Weekly A&S Bracket Number | 5. Effective Date of Coverage |
|---|---|---|---|---|
| | | | | |

| 6. Is this condition due to an occupational injury or disease? | 7. Date Coverage Terminated | 8. Name and Address of Employer |
|---|---|---|
| ☐ Yes  ☐ No | | |

| 9. Facility Number | 10. By (Signature) | 11. Title | 12. Date |
|---|---|---|---|
| | | | |

13. Please check one:
☐ Original Claim
☐ Subsequent Claim

Dr. DeHaven 00081
Eva Williams v. Greater Ga.

# SOUTHERN BONE & JOINT SPECIALISTS

Date: _11/26/0_

To:    Whom it may concern

Name: _Eva Williams 199980_

This is to certify that this patient

( )    Was treated in my office today.

( )    Will be unable to work for the period _____

( )    May return to work on _____

( )    Should not participate in physical education for the period _____

(✓)    Other: _Please treat this patient as 11-1-04 until further notice. I have scheduled her a Right Total Hip replacement on 12-14-04. She has degenerative joint disease._

Southeastern Printers 334-792-2928 - 3/95

Dr. DeHaven 00082
Eva Williams v. Greater Ga.



# SHORT TERM DISABILI
# EMPLOYEE AUTHORIZA
# RELEASE OF INFORMAT

*Please file in chart 199980*

> **Authorization to be completed by the claimant**

To Whom It May Concern:

I, *Eva W. Williams*  authorize any hospital, physician, medical practitioner, clinic, other medical or medically related facility, pharmacy, insurance company, Government Agency including but not limited to the Social Security Administration, to disclose or furnish to Greater Georgia Life (GGL), or its authorized representative, any and all information with respect to: any illness or injury including mental illness, drug/alcohol abuse, medical history, consultations, prescriptions, treatments or benefits and copies of all records that may be requested.

In addition, I authorize any employer, statutory employer, business or individual that paid me for services rendered, including but not limited to, business associate(s), insurance company, Government Agency including but not limited to the Social Security Administration, educational institute, consumer reporting agency, accountant, and/or other individuals to disclose to GGL, or its authorized representative any and all information with respect to: work history, occupational requirements, educational history, wages, commissions, financial and corporate agreements, benefits insurance claims and coverage.

The information provided to GGL, or its authorized representative is to be used for the evaluation and administration of my claim(s) with GGL or any of its affiliates. A photocopy of this authorization is to be considered a valid as the original and both are effective for one year from the date this authorization was signed.

| CLAIMANT'S SIGNATURE | CLAIMANT'S SOCIAL SECURITY NUMBER | DATE |
|---|---|---|
| *Eva W. Williams* | 420 - 80 - 7415 | 8/4/05 |
| AUTHORIZED PERSONS SIGNATURE (if other than claimant) | RELATIONSHIP OF AUTHORIZED PERSON TO CLAIMANT | |
| | | |

Dr. DeHaven 00083
Eva Williams v. Greater Ga.

Benefits are underwritten by Greater Georgia Life Insurance Company, an independent licensee of the Blue Cross and Blue Shield Association.

# THE CODING NETWORK, LLC

## CODING WORKSHEET

| CLIENT: Southern Bone & Joint Specialists, P.C. | PATIENT: Eva Williams |
|---|---|

| MEDICAL RECORD #: 199980   ~~262705~~ | CARRIER: Federal BCBS  ☐ MCR  ☐ COM  ☐ HMO  ☐ W/C  ☐ CASH |
|---|---|

### SURGERY

| PHYSICIAN: James DeHaven MD | ASSIST: Dean Lolley MD | DIVISION: |
|---|---|---|

| PHYSICIAN#: | ASSIST#: | LOCATION: Flowers Hospital Inc. |
|---|---|---|

| DATE | CPT CODE | MOD 1 | MOD 2 | DX 1 | DX 2 | DX 3 | DX 4 | FEE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12/14/04 | 27130 | RT | | 715.35 | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| NOTES | TOTAL FEE |
|---|---|
| | |

CODED BY:    Leslie Follebout CPC          DATE:          12/22/2004

Dr. DeHaven 00084
Eva Williams v. Greater Ga.

# SURGERY PRECERT FORM

*OCT 14 2004*

PATIENT _Eva Williams_    DOB _9-24-53_

CHART # _199980_    DOCTOR _Dehaven_

SURG DATE _12-14-04_    ASSISTANT _____

PROCEDURE _Rt Total Hip Arthroplasty_

CPT CODES _____

DIAGNOSIS _____

ICD-9 CODE _____

FACILITY: SAMC _____ FL _X_    DSC _____

DURATION:   IN _X_   OUT _____ 23HR _____

---

**INSURANCE 1**

COMPANY _BCBS-AL_    POLICY/CLAIM # _R58087614_

BENEFITS PHONE # _____   CONTACT _NET_

PC PHONE # _____   EFFECTIVE _11-9-96_

PC FAX# _____   PRE-EXISITING _____

PC CONTACT _____ DEDUCTIBLE _250_

_____ PAYMENT _90%_

_____ OUT-OF-POCK MAX _4,000_

**INSURANCE 2**

COMPANY _____    POLICY/CLAIM# _____

BENEFITS PHONE # _____   CONTACT _____

PC PHONE # _____   EFFECTIVE _____

PC FAX# _____   PRE-EXISITING _____

PC CONTACT _____ DEDUCTIBLE _____

_____ PAYMENT _____

_____ OUT-OF-POCK MAX _____

Dr. DeHaven 00085
Eva Williams v. Greater Ga.

PRECERT # _CURP_    DATE _10-14-04_

PRECERT # _____    DATE _____

PRECERT COMPLETED BY _Sue_    DATE ORDERS SENT _____

HHB
7/21

#199880

File

## DELIVERY ACKNOWLEDGEMENT/RELEASE OF INFORMATION

I acknowledge receipt of the following items and/or services provided to me by Southern Bone & Joint Specialists-O&P. I also authorize release of any medical or other information necessary to process the claim.

Knee immobilizer

Patient's Signature _Willie White_    Date _7/21/04_

Dr. DeHaven 00086
Eva Williams v. Greater Ga.

### SOUTHERN BONE & JOINT SPECIALISTS, P.C.
#### P. O. BOX 729
#### DOTHAN, AL 36302

#### ADVANCED PAYMENT NOTICE

PATIENT'S NAME: __Willie White__    ACCT NO: __199880__

**WE HAVE DETERMINED THAT YOUR INSURANCE COMPANY MAY NOT PAY FOR THE ITEM(S) OR SERVICE(S) THAT ARE DESCRIBED BELOW. THE ITEM(S) OR SERVICE(S) HAVE BEEN RECOMMENDED BY YOUR PHYSICIAN AS PART OF THE COURSE OF TREATMENT.**

__D221__                __Knee Immobilizer__
**CODE**                **DESCRIPTION OF ITEM AND /OR SERVICE**

__90⁰⁰__
**ESTIMATED COST**

**PLEASE NOTE THAT YOUR INSURANCE COMPANY MAY NOT PAY FOR THE ABOVE DESCRIBED ITEM(S) OR SERVICES(S) BECAUSE...**

1. **THESE ITEM(S) OR SERVICE(S) ARE NOT COVERED BY YOUR INSURANCE POLICY.**

2. **THE COSTS OF THESE ITEM(S) OR SERVICE(S) WILL BE APPLIED TO DEDUCTIBLE AND/OR CO-INSURANCE AMOUNTS IN ACCORDANCE WITH THE TERMS OF YOUR INSURANCE POLICY.**

**PLEASE CHOOSE ONE OPTION.**

_____ **YES, I WANT TO RECEIVE THESE ITEMS OR SERVICES.**

**I UNDERSTAND THAT I WILL BE PERSONALLY AND FULLY RESPONSIBLE FOR PAYMENT OF ANY AMOUNT NOT PAID BY MY INSURANCE COMPANY FOR THE ITEMS OR SERVICES LISTED ABOVE TO INCLUDE DEDUCTIBLE AMOUNTS AND/OR CO-PAYMENTS.**

_____ **NO, I HAVE DECIDED NOT TO RECEIVE THESE ITEMS OR SERVICES.**

__Willie White__
**SIGNATURE OF PATIENT, PARENT,**        **DATE**
**OR APPOINTED GUARDIAN**

Dr. DeHaven 00087
Eva Williams v. Greater Ga.