IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv387-CSC |
| | ) |
| GREATER GEORGIA LIFE | ) |
| INSURANCE CO., | ) |
| | ) |
| Defendants. | ) |

FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and against the plaintiff, that this action be and is hereby dismissed with prejudice, and that the costs of these proceedings be and are hereby taxed against the plaintiff for which execution may issue.

Done this 11TH day of January, 2007.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE